PAUL J. CAMBRIA, JR., ESQ. (SBN 177957)
JONATHAN W. BROWN, ESQ. (SBN 223901)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
(716) 849-1333
Email: pcambria@lglaw.com
       jbrown@lglaw.com

Attorneys for Defendants
Diabolic Video Productions, Inc.; Black Ice LTD; Zero Tolerance Entertainment, Inc.; And Third Degree Films

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANE DOE,** | Case No.: 3:20-CV-01818-MMA-MSB |
| **Plaintiff,** | |
| vs. | **NOTICE OF APPEARANCE OF PAUL J. CAMBRIA, JR., ESQ.** |
| **CISSY STEELE, AKA CISSY GERALD; DIABOLIC VIDEO PRODUCTIONS, INC.; BLACK ICE LTD; ZERO TOLERANCE ENTERTAINMENT, INC.; THIRD DEGREE FILMS; ELEGANT ANGEL, INC.; KNPB MEDIA B.V.; 24-7 INTERNET, INC.; TUBEXXXONE.COM; WREAL, LLC; AV ENTERTAINMENT, INC.; ASEXBOX.COM; AND ECALIBUR FILMS, LTD,** | |
| **Defendants.** | |

**TO THE CLERK OF COURT AND ALL PARTIES:**

I, the undersigned attorney, Paul J. Cambria, Jr., Esq., enter my appearance as lead counsel of record for Defendants Diabolic Video Productions, Inc., Black Ice LTD, Zero Tolerance Entertainment, Inc. and Third Degree Films in the above-captioned action. I certify that I am admitted to practice in this court, and request to be added to the docket in this case.

All future pleadings and papers filed in this action, and any orders or notices from this Court, should be served on the undersigned:

Paul J. Cambria, Jr., Esq. (pcambria@lglaw.com)
Lipsitz Green Scime Cambria LLP
42 Delaware Avenue, Suite 120
Buffalo, NY  14202
Telephone:  (716) 849-1333
Facsimile:  (716) 849-1315

Dated: October 1, 2020

By:     /s/Paul J. Cambria, Jr.
       Paul J. Cambria, Jr., Esq.

*Attorneys for Defendants*
*Diabolic Video Productions, Inc., Black Ice LTD,*
*Zero Tolerance Entertainment, Inc. and Third*
*Degree Films*

---

**NOTICE OF APPEARANCE OF PAUL J. CAMBRIA, JR., ESQ.**