# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | | |
|---|---|---|
| Jane Doe | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:20-cv-01818-MMA-MSB |
| Cissy Steele, aka Cissy Gerald, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Diabolic Video Productions, Inc.; Black Ice, LTD.; Zero Tolerance Entertainment, Inc.; Third Degree Films .

Date: 10/14/2020

*Attorney's signature*

Whitney Z. Bernstein (SBN 304917)
*Printed name and bar number*

Bienert | Katzman PC
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
*Address*

wbernstein@bienertkatzman.com
*E-mail address*

(949) 369-3700
*Telephone number*

(949) 369-3701
*FAX number*