# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>  Plaintiff,<br><br>v.<br><br>CISSY STEELE, et al.,<br><br>  Defendants. | Case No. 20-cv-1818-MMA (MSB)<br><br>**ORDER GRANTING PARTIES' JOINT MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANT AV ENTERTAINMENT, INC.**<br><br>[Doc. No. 31] |

The parties have filed a joint motion to dismiss Plaintiff Jane Doe's claims against Defendant AV Entertainment, Inc. with prejudice pursuant to Federal Rule of Civil Procedure 41. *See* Doc. No. 31. Good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** Plaintiff Jane Doe's claims against Defendant AV Entertainment, Inc. **with prejudice**. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: December 3, 2020

HON. MICHAEL M. ANELLO
United States District Judge