Douglas M. Wade, SBN 183107
**LAW OFFICES OF DOUGLAS M. WADE, PLC**
500 N. State College Blvd., Suite 1100
Orange, California 92868
Telephone: (714) 453-9144
Fax: (949) 209-1993
Email: doug@dmwadelaw.com

**Attorney for:** Defendant Cissy Steele

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>CISSY STEELE AKA CISSY GERALD; DIABOLIC VIDEO PRODUCTIONS, INC; BLACK ICE LTD; ZERO TOLERANCE ENTERTAINMENT, INC.; THIRD DEGREE FILMS; AND ELEGANT ANGEL, INC.<br><br>Defendant. | Case No. 20-CV1818-MMA-MSB<br><br>UNLIMITED JURISDICTION<br><br>Assigned to Hon. Michael M. Anello<br><br>**DEFENDANT CISSY STEELE'S ANSWER TO AMENDED COMPLAINT OF JANE DOE; DEMAND FOR JURY TRIAL**<br><br>DEPT.:            3D<br>COMPLAINT FILED: Sept. 15, 2020<br>TRIAL DATE:       Not Yet Assigned |

Defendant CISSY STEELE (hereinafter "Defendant" or "Ms. Steele"), for herself alone, answers the Amended Complaint by admitting or denying the allegations of the Amended Complaint ("Complaint") and stating applicable affirmative defenses.

Because Plaintiff has not identified herself, Defendant has not been put on sufficient notice of the claims against her to admit or deny any of the allegations as to any specific person. As a result, this responding Defendant lacks sufficient knowledge and information on which to form a belief as to the truth of allegations on behalf of "Jane Doe". This Answer's use of the terms "Plaintiff" and "Jane Doe" may or may not apply to whomever the person is who has filed either the original Complaint or Amended Complaint.

**FIRST AMENDED COMPLAINT**

This section is not stated in numbered paragraphs to which numbered responses can be stated contrary to CivLR 5.1(k). The following is an attempt to answer the unnumbered paragraphs.

The section labeled "First Amended Complaint" contains no charging allegations against the responding Defendant, and therefore requires no answer. Should Plaintiff argue that the section contains charging allegations against responding Defendant, Defendant admits this is a civil action for damages pleaded under the United States sex trafficking statutes, 18 U.S.C. §§ 1591 – 1595 but denies that Defendant used interstate commerce to recruit. lure, or entice Jane Doe with false promises of lucrative modeling opportunities to sell her for sex and denies that Defendant coerced Jane Doe into engaging in commercial sex acts, knowingly or otherwise.

Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remaining statement as to Defendants Diabolic Video Productions, Inc. ("Diabolic"), Black Ice Ltd. ("Black Ice"), Zero Tolerance Entertainment, Inc. ("Zero Tolerance"), Third Degree Films ("Third Degree"), Elegant Angel, Inc. ("Elegant Angel") (collectively, "Adult Film Companies"), or Defendants KNPB Media B.V. ("KNPB"), 24-7 Internet, Inc. ("24-7"), Tubexxxone.com ("Tubexxxone"), WREAL, LLC ("WREAL"), AV Entertainment, LLC ("AV Entertainment"), Asexbox.com ("Asexbox"), and Excalibur Films, LTD. ("Excalibur Films") (collectively, "Pornography Websites"), and on that basis, denies the statements.

**INTRODUCTION**

1.  Defendant lacks sufficient knowledge or information on which to form a belief as to the truth of the allegations pleaded by "Jane Doe" contained in Paragraph 1 and on that basis denies them.

2.  Defendant lacks sufficient knowledge and information on which to form a belief as to the truth of the allegations pleaded by "Jane Doe" contained in Paragraph 2 and on that basis denies them.

**STEELE'S ANSWER TO AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

3.   Defendant lacks sufficient knowledge and information on which to form a belief as to the truth of the allegations pleaded by "Jane Doe" contained in Paragraph 3 and on that basis denies them.

4.   Defendant lacks sufficient knowledge and information on which to form a belief as to the truth of the allegations pleaded by "Jane Doe" contained in Paragraph 4 and on that basis denies them.

5.   Defendant lacks sufficient knowledge and information on which to form a belief as to the truth of the allegations pleaded by "Jane Doe" contained in Paragraph 5 and on that basis denies them.

6.   Defendant lacks sufficient knowledge and information on which to form a belief as to the truth of allegations pleaded by "Jane Doe" contained in Paragraph 6 and on that basis denies them.

7.   Defendant denies that she had an on-going relationship with the Adult Film Companies but lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations of Paragraph 7 as to the Adult Film Companies and on that basis, denies them.

8.   Paragraph 8 contains no charging allegations against the responding Defendant and therefore requires no answer. Should Plaintiff argue that Paragraph 8 contains charging allegations against the responding Defendant, Defendant lacks sufficient knowledge and information on which to form a belief as to the truth of allegations pleaded by "Jane Doe" contained in Paragraph 8 and on that basis denies them.

9.   Defendant lacks sufficient knowledge or information on which to form a belief as to the truth of allegations pleaded by "Jane Doe" contained in Paragraph 9 and on that basis denies them.

10. Paragraph 10 contains no charging allegations against the responding Defendant, and therefore requires no answer. Should Plaintiff argue that Paragraph 10 contains charging allegations against the responding Defendant, Defendant lacks sufficient knowledge or information to form a belief as to the truth of those allegations

**STEELE'S ANSWER TO AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

1  and on that basis, denies the allegations contained in Paragraph 10.

2  11. Defendant lacks sufficient knowledge and information on which to form a belief

3  as to the truth of allegations pleaded by "Jane Doe" contained in Paragraph 11 and on

4  that basis denies them.

5  ## JURISDICTION AND VENUE

6  12. Defendant admits that Plaintiff has alleged jurisdiction based on 28 U.S.C. § 1331

7  but lacks sufficient knowledge or information to form a belief as to the truth of the

8  allegations of Paragraph 12 and on that basis denies them.

9  13. Defendant admits that Plaintiff has alleged supplemental jurisdiction based on

10  28 U.S.C. § 1367(a) but lacks sufficient knowledge or information to form a belief as to

11  the truth of the allegations of Paragraph 13 and on that basis denies them.

12  14. Defendant admits that Plaintiff has alleged venue is proper based on 18 U.S.C. §

13  1595 and 28 U.S.C. § 1391(b)(2), but lacks sufficient knowledge or information to form

14  a belief as to the truth of the allegations of Paragraph 14 and on that basis denies them.

15  ## PARTIES

16  15. Defendant admits that Plaintiff is using a pseudonym but lacks sufficient

17  knowledge or information to form a belief as to the truth of allegations about Plaintiff's

18  purpose in using a pseudonym and on that basis denies those allegations.

19  16. Defendant lacks sufficient knowledge or information on which to form a belief

20  as to the truth of allegations pleaded by "Jane Doe" contained in Paragraph 16 and on

21  that basis denies them.

22  17. Defendant lacks sufficient knowledge or information to form a belief as to the

23  truth of the allegations of Paragraph 17 on that basis denies them.

24  18. Defendant lacks sufficient knowledge or information on which to form a belief

25  as to the truth of the allegations pleaded by "Jane Doe" contained in Paragraph 18 and

26  on that basis denies them.

27  19. Defendant lacks sufficient knowledge or information on which to form a belief

28  as to the truth of allegations that "Jane Doe" has legitimate concerns to allow her to

**STEELE'S ANSWER TO AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

proceed anonymously as pleaded in Paragraph 19. Defendant is severely prejudiced by the failure to identify the Plaintiff.

20. Defendant Cissy Steele admits that she is a United States citizen currently residing in Las Vegas, Nevada.

21. Paragraph 21 contains no charging allegations against the responding Defendant and therefore requires no answer. Should Plaintiff argue that Paragraph 21 contains charging allegations against the responding Defendant, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations and, on that basis, denies the allegations.

22. Paragraph 22 contains no charging allegations against the responding Defendant and therefore requires no answer. Should Plaintiff argue that Paragraph 22 contains charging allegations against the responding Defendant, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations and, on that basis, denies the allegations.

23. Paragraph 23 contains no charging allegations against the responding Defendant and therefore requires no answer. Should Plaintiff argue that Paragraph 22 contains charging allegations against the responding Defendant, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations and, on that basis, denies the allegations.

24. Paragraph 24 contains no charging allegations against the responding Defendant and therefore requires no answer. Defendant lacks sufficient information or knowledge to form a belief as to the allegations of Paragraph 24 and on that basis denies the allegations.

25. Paragraph 25 contains no charging allegations against the responding Defendant and therefore requires no answer. Defendant lacks sufficient information or knowledge to form a belief as to the allegations of Paragraph 25 and on that basis denies the allegations.

26. Paragraph 26 contains no charging allegations against the responding Defendant

STEELE'S ANSWER TO AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

and therefore requires no answer. Defendant lacks sufficient information and knowledge to form a belief as to the allegations of Paragraph 26 and on that basis denies the allegations.

27. Paragraph 27 contains no charging allegations against the responding Defendant and therefore requires no answer. Defendant lacks sufficient information and knowledge to form a belief as to the allegations of Paragraph 27 and on that basis denies the allegations.

28. Paragraph 28 contains no charging allegations against the responding Defendant and therefore requires no answer. Defendant lacks sufficient information and knowledge to form a belief as to the allegations of Paragraph 28 and on that basis denies the allegations.

29. Paragraph 29 contains no charging allegations against the responding Defendant and therefore requires no answer. Defendant lacks sufficient information and knowledge to form a belief as to the allegations of Paragraph 29 and on that basis denies the allegations.

30. Paragraph 30 contains no charging allegations against the responding Defendant and therefore requires no answer. Defendant lacks sufficient information and knowledge to form a belief as to the allegations of Paragraph 30 and on that basis denies the allegations.

31. Paragraph 31 contains no charging allegations against the responding Defendant and therefore requires no answer. Defendant lacks sufficient information and knowledge to form a belief as to the allegations of Paragraph 31 and on that basis denies the allegations.

32. Defendant admits that she has done business in California including business engaged in interstate commerce.

/ /

**STEELE'S ANSWER TO AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## FACTS

### I. Steele Knowingly Lured and Enticed Jane Doe, Using Means of Force, Fraud, and Coercion, to Engage in Commercial Sex Acts

33. Defendant admits that she was a talent agent for models in September 2009. Defendant lacks sufficient information and knowledge to form a belief as to the truth of the remaining allegations and, on that basis, denies the allegations.

34. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations as to Jane Doe's knowledge. Defendant denies the remaining allegations of Paragraph 34.

35. Defendant admits that she identified herself as Miss. Madame and Bosslady on social media. Defendant denies the remaining allegations of Paragraph 35.

36. Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegations of Paragraph 36 and, on that basis, denies the allegations.

37. Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegations of Paragraph 37 and, on that basis, denies the allegations.

38. Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegations of Paragraph 38 and, on that basis, denies the allegations.

39. Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegations of Paragraph 39 and, on that basis, denies the allegations.

40. Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegations of Paragraph 40 and, on that basis, denies the allegations.

41. Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegations of Paragraph 41 and, on that basis, denies the allegations.

42. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 42 and, on that basis, denies the allegations.

43. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 43 and, on that basis, denies the allegations.

//

**STEELE'S ANSWER TO AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

1

2

<u>**"II.    Steele Forced Jane Doe to Engage in Commercial Sex Acts, Using Fraud, Threats, and Physical Force"**</u>

3    44. Defendant lacks sufficient information or knowledge to form a belief as to the

4    truth of the allegations of Paragraph 36 and, on that basis, denies the allegations.

5    45. Paragraph 45 contains no charging allegation against responding Defendant and

6    therefore requires no response. Defendant lacks sufficient information or knowledge to

7    form a belief as to the truth of the allegations of Paragraph 45 and, on that basis, denies

8    the allegations.

9    46. Defendant lacks sufficient information or knowledge to form a belief as to the

10   truth of the allegations of Paragraph 46 and, on that basis, denies the allegations.

11   47. Defendant lacks sufficient information and knowledge to form a belief as to the

12   truth of the allegations of Paragraph 47 and, on that basis, denies the allegations.

13   48.  Defendant lacks sufficient information and knowledge to form a belief as to the

14   truth of the allegations of Paragraph 48 and, on that basis, denies the allegations.

15   49. Defendant lacks sufficient information and knowledge to form a belief as to the

16   truth of the allegations of Paragraph 49 and, on that basis, denies the allegations.

17   50. Defendant lacks sufficient information and knowledge to form a belief as to the

18   truth of the allegations of Paragraph 50 and, on that basis, denies the allegations.

19   51. Defendant lacks sufficient information and knowledge to form a belief as to the

20   truth of the allegations of Paragraph 51 and, on that basis, denies the allegations.

21   52. Defendant lacks sufficient information and knowledge to form a belief as to the

22   truth of the allegations of Paragraph 52 and, on that basis, denies the allegations.

23   53. Defendant lacks sufficient information and knowledge to form a belief as to the

24   truth of the allegations of Paragraph 53 and, on that basis, denies the allegations.

25   54. Defendant worked as a talent agent with several women in Las Vegas. Except as

26   so expressly admitted, Defendant denies the remaining allegations of Paragraph 54.

27   //

28

**STEELE'S ANSWER TO AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

### III.   Steele Forced Jane Doe to Perform in Pornographic Videos for the Adult Film Companies Against her Will and the Adult Film Companies Knew, or Were in Reckless Disregard of the Fact, That Steele was Trafficking Jane Doe

55. Defendant denies that she had a longstanding relationship with the Adult Film Companies or the Pornography Websites and that she speaks with their executives and/or agents on a regular basis. Except as expressly denied, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the remaining allegations of Paragraph 55 and, on that basis, denies the allegations.

56. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 56 and, on that basis, denies the allegations.

57. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 57 and, on that basis, denies the allegations.

58. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 58 and, on that basis, denies the allegations.

59. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 59 and, on that basis, denies the allegations.

60. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 60 and, on that basis, denies the allegations.

61. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 61 and, on that basis, denies the allegations.

### IV. Jane Doe Escaped from Steele"

62. Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegations of Paragraph 62 and, on that basis, denies the allegations.

63. Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegations of Paragraph 63 and, on that basis, denies the allegations.

64. Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegations of Paragraph 64 and, on that basis, denies the allegations.

65. Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegations in in Paragraph 65 and, on that basis, denies the allegations.

**STEELE'S ANSWER TO AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

66. Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegations contained in Paragraph 66 and, on that basis, denies the allegations.

67. Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegations contained in Paragraph 67 and, on that basis, denies the allegations.

68. Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegations in Paragraph 68 and, on that basis, denies the allegations.

**V. Steele Continued to Threaten Jane Doe and Her Family After Jane Doe Escaped**

69. Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegations contained in Paragraph 69 and, on that basis, denies the allegations.

70. Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegations contained in Paragraph 70 and, on that basis, denies the allegations.

71. Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegations contained in Paragraph 71 and, on that basis, denies the allegations.

72. Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegations contained in Paragraph 72 and, on that basis, denies the allegations.

**VI. Videos of Jane Doe's Sex Trafficking Continue to be Accessible and Monetized on Defendant Elegant Angel's Website and Defendant Pornography Websites.**

73. Paragraph 73 contains no charging allegations against the responding Defendant and therefore requires no answer. Should Plaintiff argue that Paragraph 73 contains charging allegations against the responding Defendant, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and on that

**STEELE'S ANSWER TO AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

basis, denies the allegations.

74. Paragraph 74 contains no charging allegations against the responding Defendant and therefore requires no answer. Should Plaintiff argue that Paragraph 74 contains charging allegations against the responding Defendant, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis, denies the allegations.

75. Paragraph 75 contains no charging allegations against the responding Defendant and therefore requires no answer. Should Plaintiff argue that Paragraph 75 contains charging allegations against the responding Defendant, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis, denies the allegations.

76. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis, denies the allegations in Paragraph 76.

77. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis, denies the allegations in Paragraph 77.

78. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis, denies the allegations in Paragraph 78.

79. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis, denies the allegations in Paragraph 79.

80. Paragraph 80 contains no charging allegations against the responding Defendant and therefore requires no answer. Should Plaintiff argue that Paragraph 80 contains charging allegations against the responding Defendant, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis, denies the allegations.

81. Paragraph 81 contains no charging allegations against the responding Defendant and therefore requires no answer. Should Plaintiff argue that Paragraph 81 contains charging allegations against the responding Defendant, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and on that

**STEELE'S ANSWER TO AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

basis, denies the allegations.

82. Paragraph 82 contains no charging allegations against the responding Defendant and therefore requires no answer. Should Plaintiff argue that Paragraph 82 contains charging allegations against the responding Defendant, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis, denies the allegations.

83. Paragraph 83 contains no charging allegations against the responding Defendant and therefore requires no answer. Should Plaintiff argue that Paragraph 83 contains charging allegations against the responding Defendant, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis, denies the allegations.

84. Paragraph 84 contains no charging allegations against the responding Defendant and therefore requires no answer. Should Plaintiff argue that Paragraph 84 contains charging allegations against the responding Defendant, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis, denies the allegations.

85. Paragraph 85 contains no charging allegations against the responding Defendant and therefore requires no answer. Should Plaintiff argue that Paragraph 85 contains charging allegations against the responding Defendant, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis, denies the allegations.

86. Paragraph 86 contains no charging allegations against the responding Defendant and therefore requires no answer. Should Plaintiff argue that Paragraph 86 contains charging allegations against the responding Defendant, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis, denies the allegations.

87. Paragraph 87 contains no charging allegations against the responding Defendant and therefore requires no answer. Should Plaintiff argue that Paragraph 87 contains

**STEELE'S ANSWER TO AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

charging allegations against the responding Defendant, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis, denies the allegations.

88. Paragraph 88 contains no charging allegations against the responding Defendant and therefore requires no answer. Should Plaintiff argue that Paragraph 82 contains charging allegations against the responding Defendant, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis, denies the allegations.

89. Paragraph 89 contains no charging allegations against the responding Defendant and therefore requires no answer. Should Plaintiff argue that Paragraph 89 contains charging allegations against the responding Defendant, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis, denies the allegations.

90. Paragraph 90 contains a conclusion of law which requires no response from Defendant. Paragraph 90 contains no charging allegations against the responding Defendant and therefore requires no answer. Should Plaintiff argue that Paragraph 90 contains charging allegations against the responding Defendant, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis, denies the allegations.

91. Paragraph 91 contains a conclusion of law which requires no response from Defendant. Paragraph 91 contains no charging allegations against the responding Defendant and therefore requires no answer. Should Plaintiff argue that Paragraph 91 contains charging allegations against the responding Defendant, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis, denies the allegations.

92. Paragraph 92 contains no charging allegations against the responding Defendant and therefore requires no answer. Should Plaintiff argue that Paragraph 92 contains charging allegations against the responding Defendant, Defendant lacks sufficient

knowledge or information to form a belief as to the truth of the allegations and on that basis, denies the allegations.

93. Paragraph 93 contains no charging allegations against the responding Defendant and therefore requires no answer. Should Plaintiff argue that Paragraph 93 contains charging allegations against the responding Defendant, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis, denies the allegations.

94. Paragraph 94 contains no charging allegations against the responding Defendant and therefore requires no answer. Should Plaintiff argue that Paragraph 94 contains charging allegations against the responding Defendant, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis, denies the allegations.

95. Paragraph 95 contains no charging allegations against the responding Defendant and therefore requires no answer. Should Plaintiff argue that Paragraph 95 contains charging allegations against the responding Defendant, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis, denies the allegations.

96. Paragraph 96 contains a conclusion of law which requires no response from Defendant. Paragraph 96 contains no charging allegations against the responding Defendant and therefore requires no answer. Should Plaintiff argue that Paragraph 96 contains charging allegations against the responding Defendant, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis, denies the allegations.

97. Paragraph 97 contains a conclusion of law which requires no response from Defendant. Paragraph 97 contains no charging allegations against the responding Defendant and therefore requires no answer. Should Plaintiff argue that Paragraph 97 contains charging allegations against the responding Defendant, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations

1    and on that basis, denies the allegations.

2    98. Paragraph 98 contains no charging allegations against the responding Defendant
3    and therefore requires no answer. Should Plaintiff argue that Paragraph 98 contains
4    charging allegations against the responding Defendant, Defendant lacks sufficient
5    knowledge or information to form a belief as to the truth of the allegations and on that
6    basis, denies the allegations.

7    99. Paragraph 99 contains no charging allegations against the responding Defendant
8    and therefore requires no answer. Should Plaintiff argue that Paragraph 99 contains
9    charging allegations against the responding Defendant, Defendant lacks sufficient
10   knowledge or information to form a belief as to the truth of the allegations and on that
11   basis, denies the allegations.

12   100.    Paragraph 100 contains no charging allegations against the responding
13   Defendant and therefore requires no answer. Should Plaintiff argue that Paragraph 100
14   contains charging allegations against the responding Defendant, Defendant lacks
15   sufficient knowledge or information to form a belief as to the truth of the allegations
16   and on that basis, denies the allegations.

17   101.    Paragraph 101 contains no charging allegations against the responding
18   Defendant and therefore requires no answer. Should Plaintiff argue that Paragraph 101
19   contains charging allegations against the responding Defendant, Defendant lacks
20   sufficient knowledge or information to form a belief as to the truth of the allegations
21   and on that basis, denies the allegations.

22   102.    Paragraph 102 contains a conclusion of law which requires no response from
23   Defendant. Paragraph 102 contains no charging allegations against this responding
24   Defendant. Should Plaintiff argue that any response is required, Defendant lacks
25   sufficient knowledge or information to form a belief as to the truth of the allegation and
26   on that basis, denies the allegations.

27   103.    Paragraph 103 contains a conclusion of law which requires no response from
28   Defendant. Paragraph 103 contains no charging allegations against this responding

**STEELE'S ANSWER TO AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

Defendant. Should Plaintiff argue that any response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation and on that basis, denies the allegations.

104.    Paragraph 104 contains no charging allegations against this responding Defendant. Should Plaintiff argue that any response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation and on that basis, denies the allegations.

105.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation and on that basis, denies the allegations of Paragraph 105.

106.    Paragraph 106 contains a conclusion of law which requires no response from Defendant. Should Plaintiff argue that any response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis, denies the allegations of Paragraph 106.

107.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis, denies the allegations of Paragraph 107.

108.    Paragraph 108 contains no charging allegations against this responding Defendant. Should Plaintiff argue that any response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation and on that basis, denies the allegations.

109.    Paragraph 109 contains a conclusion of law which requires no response from Defendant. Paragraph 109 contains no charging allegations against this responding Defendant. Should Plaintiff argue that any response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation and on that basis, denies the allegations.

110.    Paragraph 110 contains no charging allegations against this responding Defendant. Should Plaintiff argue that any response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation and on that basis, denies the allegations.

**STEELE'S ANSWER TO AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

111.    Paragraph 111 contains no charging allegations against this responding Defendant. Should Plaintiff argue that any response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation and on that basis, denies the allegations.

112.    Paragraph 112 contains a conclusion of law which requires no response from Defendant. Should Plaintiff argue that any response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation and on that basis, denies the allegations.

113.    Paragraph 113 contains a conclusion of law which requires no response from Defendant. Paragraph 113 contains no charging allegations against this responding Defendant. Should Plaintiff argue that any response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation and on that basis, denies the allegations.

114.    Paragraph 114 contains a conclusion of law which requires no response from Defendant. Paragraph 114 contains no charging allegations against this responding Defendant. Should Plaintiff argue that any response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation and on that basis, denies the allegations.

115.    Paragraph 115 contains no charging allegations against this responding Defendant. Should Plaintiff argue that any response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation and on that basis, denies the allegations.

116.    Paragraph 116 contains a conclusion of law which requires no response from Defendant. Paragraph 116 contains no charging allegations against this responding Defendant. Should Plaintiff argue that any response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation and on that basis, denies the allegations.

117.    Defendant lacks sufficient knowledge or information to form a belief as to the

truth of the allegation and on that basis, denies the allegations of Paragraph 117.

118.    Paragraph 118 contains a conclusion of law which requires no response from Defendant. Paragraph 118 contains no charging allegations against this responding Defendant. Should Plaintiff argue that any response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation and on that basis, denies the allegations.

119.    Paragraph 119 contains a conclusion of law which requires no response from Defendant. Paragraph 119 contains no charging allegations against this responding Defendant. Should Plaintiff argue that any response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation and on that basis, denies the allegations.

120.    Paragraph 120 contains no charging allegations against this responding Defendant. Should Plaintiff argue that any response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation and on that basis, denies the allegations.

121.    Paragraph 121 contains no charging allegations against this responding Defendant. Should Plaintiff argue that any response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation and on that basis, denies the allegations.

122.    Paragraph 122 contains a conclusion of law which requires no response from Defendant. Paragraph 122 contains no charging allegations against this responding Defendant. Should Plaintiff argue that any response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation and on that basis, denies the allegations.

**VII. Plaintiff's Claims are within the Statute of Limitations; alternatively, the Statute of Limitations Should be Tolled Because Steele Uses Threats and Force to Prevent Victims from Pursuing Their Claims**

123.    Defendant lacks sufficient knowledge or information to form a belief as to the

**STEELE'S ANSWER TO AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

1   truth of the allegation and on that basis, denies the allegations in Paragraph 123.

2   124.   Defendant lacks sufficient knowledge or information to form a belief as to the

3   truth of the allegation and on that basis, denies the allegations in Paragraph 124.

4   125.   Defendant lacks sufficient knowledge or information to form a belief as to the

5   truth of the allegation and on that basis, denies the allegations in Paragraph 125.

6   126.   Paragraph 126 contains a conclusion of law which requires no response from

7   Defendant. Paragraph 126 contains no charging allegations against this responding

8   Defendant. Should Plaintiff argue that any response is required, Defendant lacks

9   sufficient knowledge or information to form a belief as to the truth of the allegation and

10   on that basis, denies the allegations.

11   127.   Paragraph 127 contains a conclusion of law which requires no response from

12   Defendant. Paragraph 127 contains no charging allegations against this responding

13   Defendant. Should Plaintiff argue that any response is required, Defendant lacks

14   sufficient knowledge or information to form a belief as to the truth of the allegation and

15   on that basis, denies the allegations.

16   128.   Paragraph 128 contains a conclusion of law which requires no response from

17   Defendant. Paragraph 128 contains no charging allegations against this responding

18   Defendant. Should Plaintiff argue that any response is required, Defendant lacks

19   sufficient knowledge or information to form a belief as to the truth of the allegations

20   and on that basis, denies the allegations.

21   129.   Paragraph 129 contains a conclusion of law which requires no response from

22   Defendant. Paragraph 129 contains no charging allegations against this responding

23   Defendant. Should Plaintiff argue that any response is required, Defendant lacks

24   sufficient knowledge or information to form a belief as to the truth of the allegations

25   and on that basis, denies the allegations.

26   130.   Paragraph 130 contains a conclusion of law which requires no response from

27   Defendant.

28   131.   Paragraph 130 contains a conclusion of law which requires no response from

**STEELE'S ANSWER TO AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

Defendant. Paragraph 130 contains no charging allegations against this responding Defendant. Should Plaintiff argue that any response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis, denies the allegations.

132.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation sand on that basis, denies the allegations of Paragraph 132.

133.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis, denies the allegations of Paragraph 133.

134.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis, denies the allegations of Paragraph 134.

135.    Defendant denies the allegations of Paragraph 135.

### CLAIMS ALLEGED

### COUNT I

**VIOLATION OF THE TRAFFICKING VICTIMS PROTECTION ACT, 18  18 U.S.C. §§ 1591(a)**

136.    Paragraph 136 contains a conclusion of law which requires no response from Defendant. Should any response be required, Defendant denies the allegations of Paragraph 136 and denies that any conduct of hers tolled any applicable statute of limitations.

137.    Defendant denies the allegations of Paragraph 137.

138.    Defendant denies the allegations of Paragraph 138.

139.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation and on that basis, denies the allegations in Paragraph 139.

140.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis, denies the allegations in Paragraph 140.

141.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis, denies the allegations in Paragraph 141.

142.    Defendant lacks sufficient knowledge or information to form a belief as to the

**STEELE'S ANSWER TO AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

truth of the allegations and on that basis, denies the allegations in Paragraph 142.

143.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis, denies the allegations in Paragraph 143.

<u>COUNT II</u>

**PARTICIPATING IN A VENTURE IN VIOLATION OF
THE TRAFFICKING VICTIMS PROTECTION ACT, 18 U.S.C. §§ 1591(a)**

144.    Paragraph 144 contains a conclusion of law which requires no response from Defendant. Should any response be required, Defendant denies the allegations of Paragraph 144 and denies that any conduct of hers tolled any applicable statute of limitations as to any person.

145.    Defendant denies that she participated in any venture in violation of 18 U.S.C. § 1591(a)(2).

146.    Defendant lacks sufficient information and knowledge to form a belief as to the relationship between Jane Doe and the Adult Film Companies or the Pornography Websites and on that basis, denies those allegations. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations and on that basis, denies them.

147.    Defendant lacks sufficient information and knowledge to form a belief as to the knowledge and motivations of the Adult Film Companies or the Pornography Websites and, on that basis, denies the allegations. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations and, on that basis, denies them.

148.    Defendant denies that she violated 18 U.S.C. § 1591. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations of Paragraph 148 and, on that basis, denies them.

149.    Defendant denies that she engaged in a sex-trafficking venture. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the remaining allegations of Paragraph 149 and, on that basis, denies them.

**STEELE'S ANSWER TO AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

150.   Defendant denies that she engaged in a sex-trafficking venture. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the remaining allegations of Paragraph 150 and, on that basis, denies them.

151.   Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 151 and, on that basis, denies them.

<u>**COUNT III**</u>

**FINANCIALLY BENEFITTING FROM SEX TRAFFICKING IN VIOLATION OF THE TRAFFICKING VICTIMS PROTECTION ACT, 18 U.S.C. §§ 1595**

152.   Paragraph 152 contains a conclusion of law which requires no response from Defendant. Should any response be required, Defendant denies the allegations of Paragraph 152 and denies that any conduct of hers tolled any applicable statute of limitations as to any person.

153.   Defendant denies that she forced, coerced or defrauded any person into performing commercial sex acts. Defendant lacks sufficient information and knowledge to form a belief as to the truth of the remaining allegations of Paragraph 153.

154.   Defendant denies the allegations of Paragraph 154.

155.   Paragraph 155 contains no charging allegations against this responding Defendant. Should Plaintiff argue that any response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis, denies the allegations.

156.   Paragraph 156 contains no charging allegations against this responding Defendant. Should Plaintiff argue that any response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis, denies the allegations.

157.   157. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis, denies the allegations of Paragraph 157.

158.   158. Defendant lacks sufficient knowledge or information to form a belief as

**STEELE'S ANSWER TO AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

1   to the truth of the allegations and on that basis, denies the allegations of Paragraph 158.

2   159.   Defendant lacks sufficient knowledge or information to form a belief as to the

3   truth of the allegations and on that basis, denies the allegations of Paragraph 159.

4   160.   Defendant lacks sufficient knowledge or information to form a belief as to the

5   truth of the allegations and on that basis, denies the allegations of Paragraph 160.

6   161.   Paragraph 161 contains no charging allegations against this responding

7   Defendant. Should Plaintiff argue that any response is required, Defendant lacks

8   sufficient knowledge or information to form a belief as to the truth of the allegations

9   and on that basis, denies the allegations.

10   162.   Paragraph 161 contains no charging allegations against this responding

11   Defendant. Should Plaintiff argue that any response is required, Defendant lacks

12   sufficient knowledge or information to form a belief as to the truth of the allegations

13   and on that basis, denies the allegations.

## COUNT IV

### CONSPIRACY TO COMMIT VIOLATION OF THE
### TRAFFICKING VICTIMS PROTECTION ACT, 18 U.S.C. §§ 1594

163.   Paragraph 163 contains a conclusion of law which requires no response from

Defendant. Should any response be required, Defendant denies the allegations of

Paragraph 163 and denies that any conduct of hers tolled any applicable statute of

limitations.

164.   Defendant denies that she conspired with the Adult Film Companies and

denies that she had an unlawful plan and/or purpose to commit illegal commercial sex

acts with any person.

165.   Defendant lacks sufficient information and knowledge to form a belief as to

the actions as alleged against the Adult Film Companies and denies that she was paid

for the actions as alleged against the Adult Film Companies with respect to any person.

166.   Defendant lacks sufficient information and knowledge to form a belief as to

**STEELE'S ANSWER TO AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

the actions as alleged against the Adult Film Companies and on that basis denies them. Defendant denies the remaining allegations of Paragraph 166 with respect to any person.

167.    Defendant lacks sufficient information and knowledge to form a belief as to the knowledge of the Adult Film Companies and on that basis denies them. Defendant lacks sufficient information and knowledge to form a belief as to the remaining allegations of Paragraph 167 and, on that basis, denies them.

168.    Defendant denies that she conspired with the Adult Film Companies with respect to forcing and/or coercing any person to engage in commercial sex acts.

169.    Defendant lacks sufficient information and knowledge to form a belief as to conduct by the Adult Film Companies as alleged in Paragraph 169, and on that basis, denies the allegations.

<u>COUNT V</u>

**VIOLATION OF RECORD KEEPING REQUIREMENTS 18 U.S.C. § 2257**

170.    Paragraph 170 contains a conclusion of law which requires no response from Defendant. Should any response be required, Defendant denies the allegations of Paragraph 170 and denies that any conduct of hers tolled any applicable statute of limitations.

171.    Defendant lacks sufficient information and knowledge to form a belief as to conduct by Pornography Websites as alleged in Paragraph 171, and on that basis, denies the allegations.

172.    Defendant lacks sufficient information and knowledge to form a belief as to conduct by Pornography Websites as alleged in Paragraph 172, and on that basis, denies the allegations.

173.    Defendant lacks sufficient information and knowledge to form a belief as to conduct by Pornography Websites as alleged in Paragraph 173, and on that basis, denies the allegations.

174.    Defendant lacks sufficient information and knowledge to form a belief as to

**STEELE'S ANSWER TO AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

conduct by Pornography Websites as alleged in Paragraph 174, and on that basis, denies the allegations.

175.    Paragraph 175 contains a conclusion of law which requires no response from Defendant. Should any response be required, Defendant lacks sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 175 and, on that basis, denies them.

<u>COUNT VI</u><br><b>PRELIMINARY INJUNCTION</b>

176.    Paragraph 176 contains a conclusion of law which requires no response from Defendant. Should any response be required, Defendant denies the allegations of Paragraph 176 and denies that any conduct of hers tolled any applicable statute of limitations.

177.    Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegations contained in Paragraph 177 and, on that basis, denies them.

178.    Paragraph 178 contains a conclusion of law which requires no response from Defendant.

179.    Defendant denies that she promotes, publishes, disseminates, and/or sells pornographic videos. Defendant lacks sufficient information and knowledge to form a belief as to the truth of the remaining allegations and, on that basis, denies those allegations.

180.    Paragraph 180 contains no charging allegations against this responding Defendant and therefore requires no response. Should a response be required, Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegations about the video titles listed in Paragraph 180 and, on that basis, denies the allegations.

181.    Paragraph 181 contains a conclusion of law which requires no response from Defendant. Should any response be required, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations and, on that basis, denies

**STEELE'S ANSWER TO AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

the allegations.

## COUNT VII

**VIOLATIONS OF CALIFORNIA LABOR CODE sections 201 *et. seq.***
**(AGAINST DEFENDANT ADULT FILM COMPANIES)**

182.    Paragraph 182 contains a conclusion of law which requires no response from Defendant. Should any response be required, Defendant denies the allegations of Paragraph 182 and denies that any conduct of hers tolled any applicable statute of limitations.

183.    Paragraph 183 contains no charging allegations against responding Defendant and therefore requires no response. Should Plaintiff argue that Paragraph 183 contains charging allegations against responding Defendant, Defendant lacks sufficient information and knowledge to form a belief as to the truth of those allegations and, on that basis, denies the allegations.

184.    Paragraph 184 contains no charging allegations against responding Defendant and therefore requires no response. Should Plaintiff argue that Paragraph 184 contains charging allegations against responding Defendant, Defendant lacks sufficient information and knowledge to form a belief as to the truth of those allegations and, on that basis, denies the allegations.

185.    Paragraph 185 contains no charging allegation against responding Defendant and therefore requires no response. Should Plaintiff argue that Paragraph 185 contains charging allegations against responding Defendant, Defendant lacks sufficient information and knowledge to form a belief as to the truth of those allegations and, on that basis, denies the allegations.

186.    Paragraph 186 contains no charging allegation against responding Defendant and therefore requires no response. Should Plaintiff argue that Paragraph 186 contains charging allegations against responding Defendant, Defendant lacks sufficient information and knowledge to form a belief as to the truth of those allegations and, on that basis, denies the allegations.

**STEELE'S ANSWER TO AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

187.    Paragraph 187 contains no charging allegation against responding Defendant and therefore requires no response. Should Plaintiff argue that Paragraph 187 contains charging allegations against responding Defendant, Defendant lacks sufficient information and knowledge to form a belief as to the truth of those allegations and, on that basis, denies the allegations.

188.    Paragraph 188 contains no charging allegation against responding Defendant and therefore requires no response. Should Plaintiff argue that Paragraph 188 contains charging allegations against responding Defendant, Defendant lacks sufficient information and knowledge to form a belief as to the truth of those allegations and, on that basis, denies the allegations.

<b>REQUEST FOR RELIEF</b>

This responding Defendant denies that Plaintiff is entitled to judgment in her favor against Defendant or any relief whatsoever by way of her Amended Complaint.

<b>AFFIRMATIVE DEFENSES</b>

Because Jane Doe is unidentified, Defendant is unable to determine the applicable affirmative defenses in this matter. Defendant alleges the following affirmative defenses which may or may not apply to the claims of the fictitious Jane Doe. By asserting these affirmative defenses Defendant does not assume the burden to establish any fact or proposition where that burden is properly imposed on Plaintiff:

1. The Complaint fails to state facts sufficient to constitute a cause of action against this responding Defendant;

2. Plaintiff has failed to state a claim upon which relief may be granted;

3. The Court lacks personal jurisdiction of Defendant.

4. The selected venue is improper.

5. Plaintiff has failed to mitigate her damages;

6. Plaintiff is estopped by her own conduct to assert the allegations in the Complaint;

<b>STEELE'S ANSWER TO AMENDED COMPLAINT; DEMAND FOR JURY TRIAL</b>

7.    Plaintiff's claims are time-barred by applicable statutes of limitations.

8.    Plaintiff's claims are barred by laches;

9.    Plaintiff has suffered no damages as a result of the acts complained of;

10.    If any damages were sustained by Plaintiff, which Defendant denies, said damages were proximately caused by the negligence of Plaintiff and/or third parties other than Defendant and the liability of all responsible parties, named or unnamed, should be apportioned according to their relative degrees of fault, and the liability of Defendant, if any, should be reduced accordingly and apportioned pursuant to California Civil Code §§ 1431 through 1437;

11.    Plaintiff lacks a case or controversy as required by federal law;

12.    If Defendant's alleged conduct is found to have been wrongful, which Defendant denies and continues to deny, then Plaintiff's claims are barred by the doctrine of unclean hands;

13.    Defendant acted in good faith and did not directly or indirectly perform any acts whatsoever which would constitute a violation of any rights possessed by Plaintiff, or any duty owed to Plaintiff;

14.    None of the alleged acts or omissions of Defendant were a substantial factor in bringing about the alleged damages and losses alleged by Plaintiff and, therefore, were not a contributing cause, but instead, were superseded by the acts and/or omissions of Plaintiff and others which were independent, intervening, and proximate causes of the damages and losses alleged by Plaintiff;

15.    Plaintiff is barred from any exemplary or punitive damages as to any of her claims pursuant to the statutes, case law, and Constitutions of California and the United States;

16.    Plaintiff lacks standing to sue;

17.    At all times relevant, the actions Plaintiff engaged in were voluntary and expressly or impliedly consented to by her.

18.    The damages Plaintiff claims were caused by the Adult Film

Companies were the result of actions unrelated to Defendant's conduct;

19.   The damages Plaintiff claims were caused by the Pornography Websites were the result of actions unrelated to Defendant's conduct;

20.   Plaintiff's Complaint is not brought in good faith and with reasonable cause and is frivolous in nature, thereby entitling Defendant to all reasonable expenses incurred in the defense of this action, including attorney's fees and costs, from both the Plaintiff and Plaintiff's counsel, pursuant to Code of Civil Procedure §§ 128.5 and 1038;

21.   Defendant did not violate any statute or enactment designed or intended to protect the Plaintiff against the harm for which the Plaintiff seeks damages;

22.   Defendant has never taken any action with a conscious disregard of Plaintiff's rights, and has not engaged in any conduct with respect to Plaintiff which would constitute oppression, fraud or malice, nor has Defendant ratified or approved any such act or acts of others;

23.   Plaintiff's claims are barred by the defense of after acquired evidence;

24.   The acts of which Plaintiff complains caused her harm do not have a causal relationship with Defendant;

25.   Plaintiff has suffered no actual injury or damages;

26.   Plaintiff's claimed damages are too speculative to form a basis for relief;

27.   Should the Complaint and any cause of action alleged therein claim emotional and/or physical injury, any recovery is barred and preempted by the exclusive remedy of the California Worker's Compensation Act, Labor Code §§ 3600, et seq.; and

28.   Defendant presently has insufficient knowledge or information on which to form a belief as to whether she may have additional, as yet unstated defenses available. Defendant reserves the right to assert additional defenses that are revealed by investigation or discovery.

//

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PRAYER

**WHEREFORE, DEFENDANT** prays for judgment against Plaintiff as follows:

  1. That the claims against Defendant be dismissed, with prejudice, and that the Plaintiff take nothing;

  2. That Defendant be awarded her reasonable attorney's fees, costs, and disbursements incurred in defending this matter; and

  3. For such other and further relief, including declaratory, equitable relief, and damages, as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

  Defendant Cissy Steele hereby demands a trial by jury pursuant to Federal Rules of Civil Procedure, Rule 38.


Dated: December 21, 2020   LAW OFFICES OF DOUGLAS M. WADE


            __/S_____
            Douglas M. Wade
            Counsel for Defendant, Cissy Steele

**STEELE'S ANSWER TO AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**