PAUL J. CAMBRIA, JR., ESQ. (State Bar No. 177957)
JONATHAN W. BROWN, ESQ. (State Bar No. 223901)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202-3904
(716) 849-1333
pcambria@lglaw.com
jbrown@lglaw.com

WHITNEY Z. BERNSTEIN, ESQ. (State Bar No. 304917)
ANTHONY R. BISCONTI, ESQ. (State Bar No. 269230)
BIENERT KATZMAN PC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
(949) 369-3700
wbernstein@bienertkatzman.com

Attorneys for Defendants Diabolic Video Productions, Inc.; Black Ice LTD;
Zero Tolerance Entertainment, Inc.; and Third Degree Films

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANE DOE,** | ) **Case No.: 3:20-CV-01818-MMA-MSB** |
| **Plaintiff,** | ) |
| **vs.** | ) |
| | ) |
| **CISSY STEELE, AKA CISSY GERALD; DIABOLIC VIDEO PRODUCTIONS, INC.; BLACK ICE LTD; ZERO TOLERANCE ENTERTAINMENT, INC.; THIRD DEGREE FILMS; ELEGANT ANGEL, INC.; KNPB MEDIA B.V.; 24-7 INTERNET, INC.; TUBEXXXONE.COM; WREAL, LLC; AV ENTERTAINMENT, INC.; ASEXBOX.COM; AND EXCALIBUR FILMS, LTD,** | ) **ANSWER OF DEFENDANTS DIABOLIC VIDEO PRODUCTIONS, INC.; BLACK ICE LTD; ZERO TOLERANCE ENTERTAINMENT, INC.; AND THIRD DEGREE FILMS TO PLAINTIFF'S AMENDED COMPLAINT** |
| **Defendants.** | ) |

**ANSWER TO AMENDED COMPLAINT**

1

Defendants DIABOLIC VIDEO PRODUCTIONS, INC., BLACK ICE LTD., ZERO TOLERANCE ENTERTAINMENT, INC. AND THIRD DEGREE FILMS (the "Answering Defendants"), as and for their Answer to the First Amended Complaint (the "Amended Complaint" or "FAC") of Plaintiff JANE DOE, herein state:

1.     DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 1 of the Amended Complaint.

2.     DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 2 of the Amended Complaint.

3.     DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 3 of the Amended Complaint.

4.     DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 4 of the Amended Complaint.

5.     DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 5 of the Amended Complaint.

6.     DENY the allegations set forth in paragraph 6 of the Amended Complaint as directed toward the Answering Defendants; Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 6 of the FAC and, on that basis, DENY such allegations.

7.     DENY the allegations set forth in paragraph 7 of the Amended Complaint as directed toward the Answering Defendants; Answering Defendants lack knowledge

**ANSWER TO AMENDED COMPLAINT**

or information sufficient to form a belief about the truth of the allegations in Paragraph 7 of the FAC and, on that basis, DENY such allegations.

8.     DENY the allegations set forth in paragraph 8 of the Amended Complaint as directed toward the Answering Defendants; Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 8 of the FAC and, on that basis, deny such allegations.

9.     OBJECT to the allegations set forth in paragraph 9 of the Amended Complaint as calling for a legal conclusion to which no response is required. Subject to and without waiving said objection, Answering Defendants DENY knowledge or information sufficient to form a belief as to the truth of each other and further allegation set forth in said paragraph.

10.     OBJECT to the allegations set forth in paragraph 10 of the Amended Complaint as calling for a legal conclusion to which no response is required. Subject to and without waiving said objection, Answering Defendants DENY the allegations set forth in said paragraph as directed toward the Answering Defendants, and DENY knowledge or information sufficient to form a belief as to the truth of each other and further allegation set forth in said paragraph.

11.     DENY the allegations set forth in paragraph 11 of the Amended Complaint as directed toward the Answering Defendants; Answering Defendants lack knowledge

---

**ANSWER TO AMENDED COMPLAINT**

or information sufficient to form a belief about the truth of the allegations in Paragraph 11 of the FAC and, on that basis, deny such allegations.

12.   DENY the allegations set forth in paragraph 12 of the Amended Complaint, except ADMIT only so much of said paragraph which alleges that Plaintiff purports that this Court has federal subject matter jurisdiction pursuant to 28 U.S.C. § 1331.

13.   DENY the allegations set forth in paragraph 13 of the Amended Complaint, except ADMIT only so much of said paragraph which alleges that Plaintiff purports that this Court has purported supplemental jurisdiction in this proceeding pursuant to 28 U.S.C. § 1367(a).

14.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 14 of the Amended Complaint.

15.   Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 15 of the FAC and, on that basis, DENY such allegations.

16.   Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 16 of the FAC and, on that basis, DENY such allegations.

---

**ANSWER TO AMENDED COMPLAINT**

17. Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 17 of the FAC and, on that basis, DENY such allegations.

18. DENY the allegations set forth in paragraph 18 of the Amended Complaint.

19. DENY the allegations set forth in paragraph 19 of the Amended Complaint.

20. Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 20 of the FAC and, on that basis, DENY such allegations.

21. ADMIT only so much of paragraph 21 of the Amended Complaint which alleges that Defendant Diabolic Video Productions, Inc. is a California Corporation with its principal place of business located at 20525 Nordhoff, Suite 4, Chatsworth, California, and DENY each other and further allegation set forth in said paragraph.

22. Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 22 of the FAC and, on that basis, DENY such allegations.

23. DENY the allegations set forth in paragraph 23 of the Amended Complaint and instead state that Defendants Black Ice Ltd. and Third Degree Films are dissolved California Corporations.

**ANSWER TO AMENDED COMPLAINT**

24.    ADMIT only so much of the allegations set forth in paragraph 24 of the Amended Complaint which alleges that Defendant Zero Tolerance Entertainment, Inc. is a California Corporation with its principal place of business located at 20525 Nordhoff, Suite 4, Chatsworth, California, and DENY each other and further allegation set forth in said paragraph.

25.    Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 25 of the FAC and, on that basis, DENY such allegations.

26.    Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 26 of the FAC and, on that basis, DENY such allegations.

27.    Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 27 of the FAC and, on that basis, DENY such allegations.

28.    Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 28 of the FAC and, on that basis, DENY such allegations.

29.    Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 29 of the FAC and, on that basis, DENY such allegations.

**ANSWER TO AMENDED COMPLAINT**

30.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 30 of the FAC and, on that basis, DENY such allegations.

31.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 31 of the FAC and, on that basis, DENY such allegations.

32.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 32 of the FAC and, on that basis, DENY such allegations.

33.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 33 of the FAC and, on that basis, DENY such allegations.

34.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 34 of the FAC and, on that basis, DENY such allegations.

35.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 35 of the FAC and, on that basis, DENY such allegations.

**ANSWER TO AMENDED COMPLAINT**

36.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 36 of the FAC and, on that basis, DENY such allegations.

37.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 37 of the FAC and, on that basis, DENY such allegations.

38.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 38 of the FAC and, on that basis, DENY such allegations.

39.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 39 of the FAC and, on that basis, DENY such allegations.

40.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 40 of the FAC and, on that basis, DENY such allegations.

41.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 41 of the FAC and, on that basis, DENY such allegations.

**ANSWER TO AMENDED COMPLAINT**

42.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 42 of the FAC and, on that basis, DENY such allegations.

43.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 43 of the FAC and, on that basis, DENY such allegations.

44.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 44 of the FAC and, on that basis, DENY such allegations.

45.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 45 of the FAC and, on that basis, DENY such allegations.

46.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 46 of the FAC and, on that basis, DENY such allegations.

47.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 47 of the FAC and, on that basis, DENY such allegations.

**ANSWER TO AMENDED COMPLAINT**

48.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 48 of the FAC and, on that basis, DENY such allegations.

49.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 49 of the FAC and, on that basis, DENY such allegations.

50.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 50 of the FAC and, on that basis, DENY such allegations.

51.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 51 of the FAC and, on that basis, DENY such allegations.

52.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 52 of the FAC and, on that basis, DENY such allegations.

53.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 53 of the FAC and, on that basis, DENY such allegations.

**ANSWER TO AMENDED COMPLAINT**

54.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 54 of the FAC and, on that basis, DENY such allegations.

55.     DENY the allegations set forth in paragraph 55 of the Amended Complaint as directed toward the Answering Defendants, and DENY knowledge or information sufficient to form a belief as to each other and further allegation set forth in said paragraph.

56.     DENY the allegations set forth in paragraph 56 of the Amended Complaint as directed toward the Answering Defendants, and DENY knowledge or information sufficient to form a belief as to the truth of each other and further allegation set forth in said paragraph.

57.     DENY the allegations set forth in paragraph 57 of the Amended Complaint as directed toward the Answering Defendants, and DENY knowledge or information sufficient to form a belief as to the truth of each other and further allegation set forth in said paragraph.

58.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 58 of the FAC and, on that basis, DENY such allegations.

**ANSWER TO AMENDED COMPLAINT**

59.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 59 of the FAC and, on that basis, DENY such allegations.

60.     DENY the allegations set forth in paragraph 60 of the Amended Complaint as directed toward the Answering Defendants, and DENY knowledge or information sufficient to form a belief as to the truth of each other and further allegation.

61.     DENY the allegations set forth in paragraph 61 of the Amended Complaint as directed toward the Answering Defendants, and DENY knowledge or information sufficient to form a belief as to the truth of each other and further allegation.

62.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 62 of the FAC and, on that basis, DENY such allegations.

63.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 63 of the FAC and, on that basis, DENY such allegations.

64.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 64 of the FAC and, on that basis, DENY such allegations.

---

**ANSWER TO AMENDED COMPLAINT**

12

65.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 65 of the FAC and, on that basis, DENY such allegations.

66.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 66 of the FAC and, on that basis, DENY such allegations.

67.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 67 of the FAC and, on that basis, DENY such allegations.

68.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 68 of the FAC and, on that basis, DENY such allegations.

69.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 69 of the FAC and, on that basis, DENY such allegations.

70.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 70 of the FAC and, on that basis, DENY such allegations.

**ANSWER TO AMENDED COMPLAINT**

13

71.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 71 of the FAC and, on that basis, DENY such allegations.

72.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 72 of the FAC and, on that basis, DENY such allegations.

73.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 73 of the FAC and, on that basis, DENY such allegations.

74.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 74 of the FAC and, on that basis, DENY such allegations.

75.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 75 of the FAC and, on that basis, DENY such allegations.

76.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 76 of the FAC and, on that basis, DENY such allegations.

**ANSWER TO AMENDED COMPLAINT**

77.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 77 of the FAC and, on that basis, DENY such allegations.

78.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 78 of the FAC and, on that basis, DENY such allegations.

79.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 79 of the FAC and, on that basis, DENY such allegations.

80.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 80 of the FAC and, on that basis, DENY such allegations.

81.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 81 of the FAC and, on that basis, DENY such allegations.

82.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 82 of the FAC and, on that basis, DENY such allegations.

**ANSWER TO AMENDED COMPLAINT**

83.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 83 of the FAC and, on that basis, DENY such allegations.

84.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 84 of the FAC and, on that basis, DENY such allegations.

85.     Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 85 of the FAC and, on that basis, DENY such allegations.

86.     DENY the allegations set forth in paragraph 86 of the Amended Complaint to the extent that it alleges that DVDs distributed by Defendants Black Ice and Diabolic involved sex trafficking of Plaintiff, and further DENY knowledge or information sufficient to form a belief as to the truth of each other and further allegation set forth in said paragraph.

87.     DENY the allegations set forth in paragraph 87 of the Amended Complaint to the extent that it alleges that Plaintiff was "sex trafficked" and further DENY knowledge or information sufficient to form a belief as to the truth of each other and further allegation in said paragraph.

88.     DENY the allegations set forth in paragraph 88 of the Amended Complaint to the extent that it alleges that Plaintiff was "sex trafficked" in any of the videos

**ANSWER TO AMENDED COMPLAINT**

16

distributed by the Answering Defendants; Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the any other and/or further allegations in Paragraph 88 of the FAC and, on that basis, DENY such allegations.

89.    DENY the allegations set forth in paragraph 89 of the Amended Complaint to the extent that it alleges that Plaintiff was "sex trafficked" in any of the videos distributed by the Answering Defendants; Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the any other and/or further allegations in Paragraph 89 of the FAC and, on that basis, DENY such allegations.

90.    DENY the allegations set forth in paragraph 90 of the Amended Complaint to the extent that it alleges that Plaintiff was "sex trafficked" in any of the videos distributed by the Answering Defendants; Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the any other and/or further allegations in Paragraph 90 of the FAC and, on that basis, DENY such allegations.

91.    DENY the allegations set forth in paragraph 91 of the Amended Complaint to the extent that it alleges that Plaintiff was "sex trafficked" in any of the videos distributed by the Answering Defendants; Answering Defendants lack knowledge or information sufficient to form a belief about the truth of the any other and/or further allegations in Paragraph 91 of the FAC and, on that basis, DENY such allegations.

92.    DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 92 of the Amended Complaint.

**ANSWER TO AMENDED COMPLAINT**

93.     DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 93 of the Amended Complaint.

94.     DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 94 of the Amended Complaint.

95.     DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 95 of the Amended Complaint.

96.     DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 96 of the Amended Complaint.

97.     DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 97 of the Amended Complaint.

98.     DENY the allegations set forth in paragraph 98 of the Amended Complaint to the extent Plaintiff is alleging that videos produced by Defendant Diabolic depict any sex trafficking of Plaintiff, and further DENY knowledge or information sufficient to form a belief as to the truth of each other and further allegation set forth in said paragraph.

99.     DENY so much of paragraph 99 of the Amended Complaint which alleges that Plaintiff was sex trafficked, and further DENY knowledge or information sufficient to form a belief as to the truth of each other and further allegation set forth in said paragraph.

---

**ANSWER TO AMENDED COMPLAINT**

100.   DENY so much of paragraph 100 of the Amended Complaint which alleges that Plaintiff was "sex trafficked" in any of the videos produced by the Answering Defendants, and further DENY knowledge or information sufficient to form a belief as to the truth of each other and further allegation set forth in said paragraph.

101.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 101 of the Amended Complaint.

102.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 102 of the Amended Complaint.

103.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 103 of the Amended Complaint.

104.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 104 of the Amended Complaint.

105.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 105 of the Amended Complaint.

106.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 106 of the Amended Complaint.

107.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 107 of the Amended Complaint.

108.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 108 of the Amended Complaint.

**ANSWER TO AMENDED COMPLAINT**

109.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 109 of the Amended Complaint.

110.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 110 of the Amended Complaint.

111.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 111 of the Amended Complaint.

112.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 112 of the Amended Complaint.

113.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 113 of the Amended Complaint.

114.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 114 of the Amended Complaint.

115.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 115 of the Amended Complaint.

116.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 116 of the Amended Complaint.

117.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 117 of the Amended Complaint.

118.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 118 of the Amended Complaint.

**ANSWER TO AMENDED COMPLAINT**

119.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 119 of the Amended Complaint.

120.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 120 of the Amended Complaint.

121.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 121 of the Amended Complaint.

122.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 122 of the Amended Complaint.

123.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 123 of the Amended Complaint.

124.   DENY the allegations set forth in paragraph 124 of the Amended Complaint as directed toward the Answering Defendants, and DENY knowledge or information sufficient to form a belief as to the truth of each other and further allegation set forth in said paragraph.

125.   DENY the allegations set forth in paragraph 125 of the Amended Complaint as directed toward the Answering Defendants, and DENY knowledge or information sufficient to form a belief as to the truth of each other and further allegation set forth in said paragraph.

126.   DENY the allegations set forth in paragraph 126 of the Amended Complaint.

**ANSWER TO AMENDED COMPLAINT**

21

127.   DENY the allegations set forth in paragraph 127 of the Amended Complaint as directed toward the Answering Defendants, and DENY knowledge or information sufficient to form a belief as to the truth of each other and further allegation set forth in said paragraph.

128.   DENY the allegations set forth in paragraph 128 of the Amended Complaint.

129.   DENY the allegations set forth in paragraph 129 of the Amended Complaint.

130.   DENY the allegations set forth in paragraph 130 of the Amended Complaint.

131.   DENY the allegations set forth in paragraph 131 of the Amended Complaint.

132.   DENY the allegations set forth in paragraph 132 of the Amended Complaint.

133.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 133 of the Amended Complaint.

134.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 134 of the Amended Complaint.

135.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 135 of the Amended Complaint.

**ANSWER TO AMENDED COMPLAINT**

## COUNT I

136.    Repeat and reallege all of their prior responses set forth hereinabove in response to the allegations set forth in paragraph 136 of the Amended Complaint.

137.    DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 137 of the Amended Complaint.

138.    DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 138 of the Amended Complaint.

139.    DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 139 of the Amended Complaint.

140.    DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 140 of the Amended Complaint.

141.    DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 141 of the Amended Complaint.

142.    DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 142 of the Amended Complaint.

143.    DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 143 of the Amended Complaint.

## COUNT II

144.    Repeat and reallege all of their prior responses set forth hereinabove in response to the allegations set forth in paragraph 144 of the Amended Complaint.

**ANSWER TO AMENDED COMPLAINT**

145.   DENY the allegations set forth in paragraph 145 of the Amended Complaint as directed toward the Answering Defendants, and DENY knowledge or information sufficient to form a belief as to the truth of each other and further allegation set forth in said paragraph.

146.   DENY the allegations set forth in paragraph 146 of the Amended Complaint as directed toward the Answering Defendants, and DENY knowledge or information sufficient to form a belief as to the truth of each other and further allegation set forth in said paragraph.

147.   DENY the allegations set forth in paragraph 147 of the Amended Complaint as directed toward the Answering Defendants, and DENY knowledge or information sufficient to form a belief as to the truth of each other and further allegation set forth in said paragraph.

148.   DENY the allegations set forth in paragraph 148 of the Amended Complaint as directed toward the Answering Defendants, and DENY knowledge or information sufficient to form a belief as to the truth of each other and further allegation set forth in said paragraph.

149.   DENY the allegations set forth in paragraph 149 of the Amended Complaint as directed toward the Answering Defendants, and DENY knowledge or information sufficient to form a belief as to the truth of each other and further allegation set forth in said paragraph.

**ANSWER TO AMENDED COMPLAINT**

150.   DENY the allegations set forth in paragraph 150 of the Amended Complaint as directed toward the Answering Defendants, and DENY knowledge or information sufficient to form a belief as to the truth of each other and further allegation set forth in said paragraph.

151.   DENY the allegations set forth in paragraph 151 of the Amended Complaint as directed toward the Answering Defendants, and DENY knowledge or information sufficient to form a belief as to the truth of each other and further allegation set forth in said paragraph.

## COUNT III

152.   Repeat and reallege all of their prior responses set forth hereinabove in response to the allegation set forth in paragraph 152 of the Amended Complaint.

153.   DENY the allegations set forth in paragraph 153 of the Amended Complaint as directed toward the Answering Defendants, and DENY knowledge or information sufficient to form a belief as to the truth of each other and further allegation in said paragraph.

154.   DENY the allegations set forth in paragraph 154 of the Amended Complaint as directed toward the Answering Defendants, and DENY knowledge or information sufficient to form a belief as to the truth of each other and further allegation in said paragraph.

---

**ANSWER TO AMENDED COMPLAINT**

155.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 155 of the Amended Complaint.

156.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 156 of the Amended Complaint.

157.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 157 of the Amended Complaint.

158.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 158 of the Amended Complaint.

159.   DENY so much of paragraph 159 of the Amended Complaint which alleges that any videos produced by the Answering Defendants involving Plaintiff were "part of a sex trafficking venture", and further DENY knowledge or information sufficient to form a belief as to the truth of each other and further allegation in said paragraph.

160.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 160 of the Amended Complaint.

161.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 161 of the Amended Complaint.

162.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 162 of the Amended Complaint.

---

**ANSWER TO AMENDED COMPLAINT**

## COUNT IV

163.   Repeat and reallege all of their prior responses set forth hereinabove in response to the allegations set forth in paragraph 163 of the Amended Complaint.

164.   DENY the allegations set forth in paragraph 164 of the Amended Complaint as directed toward the Answering Defendants, and DENY knowledge or information sufficient to form a belief as to the truth of each other and further allegation set forth in said paragraph.

165.   DENY the allegations set forth in paragraph 165 of the Amended Complaint as directed toward the Answering Defendants, and DENY knowledge or information sufficient to form a belief as to the truth of each other and further allegation set forth in said paragraph.

166.   DENY the allegations set forth in paragraph 166 of the Amended Complaint as directed toward the Answering Defendants, and DENY knowledge or information sufficient to form a belief as to the truth of each other and further allegation set forth in said paragraph.

167.   DENY the allegations set forth in paragraph 167 of the Amended Complaint as directed toward the Answering Defendants, and DENY knowledge or information sufficient to form a belief as to the truth of each other and further allegation set forth in said paragraph.

**ANSWER TO AMENDED COMPLAINT**

168.   DENY the allegations set forth in paragraph 168 of the Amended Complaint as directed toward the Answering Defendants, and DENY knowledge or information sufficient to form a belief as to the truth of each other and further allegation set forth in said paragraph.

169.   DENY the allegations set forth in paragraph 169 of the Amended Complaint.

## COUNT V

170.   Repeat and reallege all of their prior responses set forth hereinabove in response to the allegations set forth in paragraph 170 of the Amended Complaint.

171.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 171 of the Amended Complaint.

172.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 172 of the Amended Complaint.

173.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 173 of the Amended Complaint.

174.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 174 of the Amended Complaint.

175.   DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 175 of the Amended Complaint.

**ANSWER TO AMENDED COMPLAINT**

28

## **COUNT VI**

176.  Repeat and reallege all of their prior responses set forth hereinabove in response to the allegations set forth in paragraph 176 of the Amended Complaint.

177.  DENY the allegations set forth in paragraph 177 of the Amended Complaint.

178.  DENY the allegations set forth in paragraph 178 of the Amended Complaint.

179.  DENY the allegations set forth in paragraph 179 of the Amended Complaint.

180.  DENY knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 180 of the Amended Complaint.

181.  DENY the allegations set forth in paragraph 181 of the Amended Complaint.

## **COUNT VII**

182.  Repeat and reallege all of their prior responses set forth hereinabove in response to the allegations set forth in paragraph 182 of the Amended Complaint.

183.  DENY the allegations set forth in paragraph 183 of the Amended Complaint as directed toward the Answering Defendants, and DENY knowledge or information sufficient to form a belief as to the truth of each other and further allegation set forth in said paragraph.

**ANSWER TO AMENDED COMPLAINT**

184.   DENY the allegations set forth in paragraph 184 of the Amended Complaint as directed toward the Answering Defendants, and DENY knowledge or information sufficient to form a belief as to the truth of each other and further allegation set forth in said paragraph.

185.   DENY the allegations set forth in paragraph 185 of the Amended Complaint as directed toward the Answering Defendants, and DENY knowledge or information sufficient to form a belief as to the truth of each other and further allegation set forth in said paragraph.

186.   DENY the allegations set forth in paragraph 186 of the Amended Complaint as directed toward the Answering Defendants, and DENY knowledge or information sufficient to form a belief as to the truth of each other and further allegation set forth in said paragraph.

187.   DENY the allegations set forth in paragraph 187 of the Amended Complaint as directed toward the Answering Defendants, and DENY knowledge or information sufficient to form a belief as to the truth of each other and further allegation set forth in said paragraph.

188.   DENY the allegations set forth in paragraph 188 of the Amended Complaint as directed toward the Answering Defendants, and DENY knowledge or information sufficient to form a belief as to the truth of each other and further allegation set forth in said paragraph.

**ANSWER TO AMENDED COMPLAINT**

30

189.   DENY each other and further Allegation set forth in the Amended Complaint that is not specifically addressed hereinabove.

## AFFIRMATIVE AND OTHER DEFENSES

As separate and distinct defenses to the Complaint, to each and every purported claim thereof, and without admitting or acknowledging that it bears the burden of proof as to any of them, Answering Defendants allege:

### FIRST DEFENSE

190.   As and for a separate defense, Plaintiff has failed to state a claim upon which relief can be granted.

### SECOND DEFENSE

191.   As and for a separate defense, Plaintiff's claims are barred in whole, or in part, by the applicable statute(s) of limitation and/or the doctrine of laches.

### THIRD DEFENSE

192.   As and for a separate defense, one or more of Plaintiff's claims for relief is barred by the doctrine of unclean hands.

---

**ANSWER TO AMENDED COMPLAINT**

**FOURTH DEFENSE**

193.   As and for a separate defense, one or more of Plaintiff's claims for relief are barred by the doctrines of waiver, consent and/or estoppel.

**FIFTH DEFENSE**

194.   As and for a separate defense, Plaintiff has failed to mitigate her alleged damages, if any.

**SIXTH DEFENSE**

195.   As and for a separate defense, Plaintiff is not entitled to punitive/exemplary damages as the Answering Defendants did not act or fail to act in a manner sufficient to give rise to punitive/liquidated damages liability.

**SEVENTH DEFENSE**

196.   As and for a separate defense, the Answering Defendants did not engage in any negligent conduct and/or malicious conduct.

**EIGHTH DEFENSE**

197.   As and for a separate defense, the Answering Defendants acted in good faith and/or their conduct was in conformity with all applicable laws, statutes, governmental regulations, and industry standards existing at the time of such alleged conduct.

**ANSWER TO AMENDED COMPLAINT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### NINTH DEFENSE

198.   As and for a separate defense, Plaintiff has been paid and/or received all compensation due to her.

### TENTH DEFENSE

199.   As and for a separate defense, to the extent that Plaintiff sustained damages as alleged in the Amended Complaint, or otherwise, the damages alleged were not caused by the conduct of the Answering Defendants.

### ELEVENTH DEFENSE

200.   As and for a separate defense, Plaintiff lacks standing and/or lacks capacity to bring some or all of the claims alleged in the FAC.

### TWELFTH DEFENSE

201.   As and for a separate defense, Plaintiff is barred from recovery as a result of any conduct on the part of the Answering Defendants, because of Plaintiff's approval, ratification or acquiescence to that conduct.

### THIRTEENTH DEFENSE

202.   As and for a separate defense, Plaintiff was not employed by the Answering Defendants.

### FOURTEENTH DEFENSE

203.   As and for a separate defense, upon information and belief, Plaintiff has not exhausted her administrative remedies.  Plaintiff's claims are barred, in whole or in

---

**ANSWER TO AMENDED COMPLAINT**

part, by reason of her failure to allege them in any administrative complaint filed by her in advance of this proceeding.

## FIFTEENTH DEFENSE

204.   As and for a separate defense, the Court lacks subject matter jurisdiction to hear one or more of Plaintiff's claims for relief.

## SIXTEENTH DEFENSE

205.   Answering Defendants presently have insufficient knowledge or information on which to form a belief as to whether it may have additional defenses available.  Answering Defendants reserves the right to assert additional defenses to Plaintiff's claims in the event that discovery indicates it would be appropriate.

WHEREFORE, the Answering Defendants demand judgment dismissing Plaintiff's Complaint in its entirety as against them, together with their costs and disbursements in this matter and such other further relief as the Court deems just and proper.

Dated: March 25, 2021

LIPSITZ GREEN SCIME CAMBRIA LLP


By:   _/s/Jonathan W. Brown_
Paul J. Cambria, Jr., Esq.
Jonathan W. Brown, Esq.
*Attorneys for Defendants*
*Diabolic Video Productions, Inc., Black Ice LTD,*
*Zero Tolerance Entertainment, Inc. and Third*
*Degree Films*

## ANSWER TO AMENDED COMPLAINT

34