Douglas M. Wade, SBN 183107
**LAW OFFICES OF DOUGLAS M. WADE, PLC**
500 N. State College Blvd., Suite 1100
Orange, California 92868
Telephone: (714) 453-9144
Fax: (949) 209-1993
Email: doug@dmwadelaw.com

**Attorney for:** Defendant Cissy Steele

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, <br><br> Plaintiff, <br><br> v. <br><br> CISSY STEELE AKA CISSY GERALD; DIABOLIC VIDEO PRODUCTIONS, INC; BLACK ICE LTD; ZERO TOLERANCE ENTERTAINMENT, INC.; THIRD DEGREE FILMS; AND ELEGANT ANGEL, INC. <br><br> Defendant. | Case No. 20CV1818-MMA-MSB <br><br> NOTICE OF MOTION OF DOUGLAS M. WADE AND THE LAW OFFICES OF DOUGLAS M. WADE TO WITHDRAW AS COUNSEL FOR DEFENDANT CISSY STEELE <br><br> Date: June 7, 2021 <br> Time: 2:30 p.m. <br> Dept.: 3D <br> Judge: Hon. Michael M. Anello <br><br> Complaint Filed: September 15, 2020 <br> Trial Date: NDS |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 7, 2021 at 2:30 p.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Michael M. Anello, United States District Judge for the Southern District Court of the Southern District of California, located at 333 West Broadway, San Diego, California, Douglas M. Wade and the Law Offices of Douglas M. Wade, LLC shall request leave of Court, pursuant to California Rule of Professional conduct Rule 1.16 to withdraw as counsel for Defendant Cissy Steele.

---
1
NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT CISSY STEELE

This Motion is made pursuant to Federal Rule of Civil Procedure 7(b), and is based on this Notice and the supporting Memorandum In Support Of Motion To Withdraw, the Declaration of Douglas M. Wade in support hereof, the pleadings and papers on file herein, the record to date in this matter, and upon such other matters as may be presented to the Court at the time of the hearing.

Dated: April 30, 2021　　　　　　　　LAW OFFICES OF DOUGLAS M. WADE

　　　　　　　　　　　　　　　　　　s/Douglas Wade_____
　　　　　　　　　　　　　　　　　　Douglas M. Wade
　　　　　　　　　　　　　　　　　　Counsel for Defendant, Cissy Steele