Douglas M. Wade, SBN 183107
**LAW OFFICES OF DOUGLAS M. WADE, PLC**
500 N. State College Blvd., Suite 1100
Orange, California 92868
Telephone: (714) 453-9144
Fax: (949) 209-1993
Email: doug@dmwadelaw.com

**Attorney for:** Defendant Cissy Steele

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>CISSY STEELE AKA CISSY GERALD; DIABOLIC VIDEO PRODUCTIONS, INC; BLACK ICE LTD; ZERO TOLERANCE ENTERTAINMENT, INC.; THIRD DEGREE FILMS; AND ELEGANT ANGEL, INC.<br><br>Defendant. | Case No. 20CV1818-MMA-MSB<br><br>DECLARATION OF DOUGLAS M. WADE IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT CISSY STEELE<br><br>Date: June 7, 2021<br>Time: 2:30 p.m.<br>Dept.: 3D<br>Judge: Hon. Michael M. Anello<br><br>Complaint Filed: September 15, 2020<br>Trial Date: NDS |

I, Douglas M. Wade, declare as follows:

1. I am counsel of record for Defendant Cissy Steele in the above-entitled action.

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3. My firm was retained by Defendant Cissy Steele after she was served with the summons and complaint in this matter.

4. I caused Ms. Steele's Answer to the Complaint to be filed December 21, 2020 and have represented her continuously to this date.

1
DECLARATION OF DOUGLAS M. WADE IN SUPPORT OF MOTION TO
WITHDRAW AS COUNSEL FOR DEFENDANT CISSY STEELE

5. I have communicated with Ms. Steele, both in writing and verbally, about the case, the allegations against her, and her defense. I have provided information and advice as to the facts, applicable law, and recommended courses of action.

6. Ms. Steele has been informed that she is an unindicted co-conspirator in a criminal case pending in the State of New York entitled <u>Jane Doe Nos. 1-57 v. Peter Nygard, et al</u>., 210-CV-201285 (SDNY-ER). Defendant also is informed that there are pending related civil case(s) involving Peter Nygard which have been stayed as a result of the criminal action.

7. Plaintiff's counsel has advised that his firm is cooperating with the Department of Justice in the above referenced criminal action naming Peter Nygard.

8. Plaintiff's counsel has advised that his firm intends to use discovery in the criminal matter and other related case(s) in this action.

9. I have informed Defendant Steele that my firm lacks the necessary criminal law experience to provide effective representation of counsel in this matter. Ms. Steele has been advised that the firm needs to withdraw as counsel. She has indicated that she has been in contact with a possible substitute attorney.

10. I have informed counsel for Plaintiffs and for the other Defendants of our need to withdraw as counsel, and counsel have advised that they do not oppose our withdrawing as counsel of record for Ms. Steele.

10. Ms. Steele requires time to retain alternate counsel and a continuance of the Exchange Deadline, the ENE, and all other pending deadlines of 60 to 90 days should be sufficient.

11. As of the time of this writing, the identity of Jane Doe has yet to be disclosed to counsel making compliance with the Exchange Deadline, the ENE, and all other pending deadlines impossible.

11. Ms. Steele agreed to pay fees and costs of defense as part of the retainer agreement for my services. As of this date, Ms. Steele's account has been past due since

January 1, 2021.


Dated: April 30, 2021				LAW OFFICES OF DOUGLAS M. WADE

						s/Douglas Wade
						Douglas M. Wade
						Counsel for Defendant, Cissy Steele

**Exhibit "1"**

| | |
|---|---|
| **Subject:** | RE: Draft Joint Discovery Plan (Doe/Steele) |
| **Date:** | Thursday, April 29, 2021 at 4:24:15 PM Pacific Daylight Time |
| **From:** | Deborah Dixon <ddixon@thegomezfirm.com> |
| **To:** | Douglas M. Wade <doug@dmwadelaw.com>, Greg Gutzler <ggutzler@dicellolevitt.com>, pcambria@lglaw.com <pcambria@lglaw.com>, jbrown@lglaw.com <jbrown@lglaw.com> |
| **CC:** | Lisa Haba <lisahaba@habalaw.com>, Kelly McDaniel <kmcdaniel@thegomezfirm.com> |

**Attachments:** image001.png, image002.jpg, image003.png, image004.jpg, image005.png

Doug:

Plaintiffs are not planning to oppose your motion to withdraw as counsel, if necessary to file, and understand you are filing a motion to seek a continuance to allow Ms. Steele time to find new counsel. We believe 30 days would be more than sufficient for her to find new counsel, but do not oppose a request for a 60 day continuance.

In regards to your request to include the Peter Nygard criminal case, we agree and will add that case to #8 as well as related.

Thank you.

~Deborah

---

**From:** Douglas M. Wade <doug@dmwadelaw.com>
**Sent:** Thursday, April 29, 2021 3:53 PM
**To:** Greg Gutzler <ggutzler@dicellolevitt.com>; Deborah Dixon <ddixon@thegomezfirm.com>; pcambria@lglaw.com; jbrown@lglaw.com
**Cc:** Lisa Haba <lisahaba@habalaw.com>; Kelly McDaniel <kmcdaniel@thegomezfirm.com>
**Subject:** Re: Draft Joint Discovery Plan (Doe/Steele)

Greg:

I'm not interested in arguing, nor debating these issues. My email, and request, do not miss the mark. Plaintiffs counsels' ongoing failure to identify <u>all cases involving like facts and issues</u> in the Joint Discovery plan – even after being pressed to do so in during our meet and confer – misses the mark.

As for the relationship to what Jane Doe is or isn't claiming vis-à-vis Peter Nygard, Plaintiff counsel have communicated that Ms. Steele is:

- Is an unidentified / unnamed co-conspirator in the Peter Nygard criminal indictment, and
- Plaintiffs counsel have evidence that my client's name is on a passenger manifest traveling on Peter Nygard's private plane allegedly being used to transport to Peter Nygard for non-consensual activities as alleged in the Criminal Inditement.

Plaintiffs' counsel also indicated their intent to use the discovery in this case (and discovery in the other related cases) as against my client. Plaintiffs counsel has indicated that they are cooperating with the DOJ, that the DOJ is monitoring this case, and that all filings and discovery may (or will) give rise to a criminal inditement of Ms. Steele. This later statement is enough to merit listing the criminal case against Peter Nygarad as a related case.

Please amend the Propose Joint Discovery Plan so it identifies and lists all potentially related cases, criminal and civil. It is up to the Court to determine what it finds or does not find to be related. List the case to which counsel agree is related, but you are also required to list the cases which Defendants understand to be related. This includes the Nygard Criminal case and every other civil mater against Nygard mentioned in our meet and confer discussions. Thank you.

As previously indicated, I will request a continuance of all matters in this case to permit my client time to obtain other counsel, or to give us time with have a motion to withdraw heard. This will be filed as soon as it can be prepared – no later than tomorrow morning PST – which is timely following the Court's order for such a request. I have asked if Plaintiffs' counsel will agree to the countenance on this grounds, or if it opposes it. I have yet to have an answer, and will so inform the Court. I will leave it up to Ms. Steele's new counsel to decide if he/she wishes to move for a stay. However, I will request it of the Court as I believe it is appropriate – and will of course note your objections.

Doug Wade



Law Offices Douglas M. Wade,
A Professional Law Corporation
500 N. State College Blvd., Ste 1100
Orange, CA 92868  T.714.453.9144. F.949.209.1993
www.dmwadelaw.com

---

**From:** Greg Gutzler <ggutzler@dicellolevitt.com>
**Date:** Thursday, April 29, 2021 at 2:54 PM
**To:** "Douglas M. Wade" <doug@dmwadelaw.com>, Deborah Dixon <ddixon@thegomezfirm.com>, "pcambria@lglaw.com" <pcambria@lglaw.com>, "jbrown@lglaw.com" <jbrown@lglaw.com>
**Cc:** Lisa Haba <lisahaba@habalaw.com>, Kelly McDaniel <kmcdaniel@thegomezfirm.com>
**Subject:** RE: Draft Joint Discovery Plan (Doe/Steele)

Doug,

Your email misses the mark.  I represent my client and will continue doing so.  You can represent your client how you see fit.  I won't do your work for you.



Greg G. Gutzler

**DICELLO LEVITT GUTZLER**

646.933.1000

This transmission may contain privileged and confidential information meant for the intended
recipient only. If you have received this email in error, please notify the sender and
permanently delete this email and any attachments.

---

**From:** Douglas M. Wade <doug@dmwadelaw.com>
**Sent:** Thursday, April 29, 2021 5:35 PM
**To:** Greg Gutzler <ggutzler@dicellolevitt.com>; Deborah Dixon <ddixon@thegomezfirm.com>; pcambria@lglaw.com; jbrown@lglaw.com

**Cc:** Lisa Haba <lisahaba@habalaw.com>; Kelly McDaniel <kmcdaniel@thegomezfirm.com>
**Subject:** Re: Draft Joint Discovery Plan (Doe/Steele)

Greg:

None of the counsel present speak on behalf of the DOJ. I wouldn't presume to do so. Please confirm that whether any of the civil cases have been stayed, and please explain how the facts in that / those cases differ and do not cross-over with the claims made by Jane Doe in the instant action. If you cannot clearly do so, a stay is merited.

Doug



Law Offices Douglas M. Wade,
A Professional Law Corporation
500 N. State College Blvd., Ste 1100
Orange, CA 92868  T.714.453.9144. F.949.209.1993
www.dmwadelaw.com

---

**From:** Greg Gutzler <ggutzler@dicellolevitt.com>
**Date:** Thursday, April 29, 2021 at 1:58 PM
**To:** "Douglas M. Wade" <doug@dmwadelaw.com>, Deborah Dixon <ddixon@thegomezfirm.com>, "pcambria@lglaw.com" <pcambria@lglaw.com>, "jbrown@lglaw.com" <jbrown@lglaw.com>
**Cc:** Lisa Haba <lisahaba@habalaw.com>, Kelly McDaniel <kmcdaniel@thegomezfirm.com>
**Subject:** RE: Draft Joint Discovery Plan (Doe/Steele)

Hi Doug,

We don't agree about your claim that this case should be stayed.  If the DOJ wanted to seek a stay, they could have done so, but have not.

We will confer on the other issue you raised at the end of your email.

 Greg G. Gutzler
**DICELLO LEVITT GUTZLER**
646.933.1000

This transmission may contain privileged and confidential information meant for the intended
recipient only. If you have received this email in error, please notify the sender and
permanently delete this email and any attachments.

---

**From:** Douglas M. Wade <doug@dmwadelaw.com>
**Sent:** Thursday, April 29, 2021 4:38 PM
**To:** Deborah Dixon <ddixon@thegomezfirm.com>; pcambria@lglaw.com; jbrown@lglaw.com
**Cc:** Lisa Haba <lisahaba@habalaw.com>; Greg Gutzler <ggutzler@dicellolevitt.com>; Kelly McDaniel <kmcdaniel@thegomezfirm.com>
**Subject:** Re: Draft Joint Discovery Plan (Doe/Steele)

Counsel:

Proposed Joint Discovery Plan, Item 8: The criminal indictment and pending NY Criminal case as against Peter Nygard and every other civil case seeking compensation for alleged wrongdoing committed by or at properties owned by Nygard in which Jane Doe claims to be involved or otherwise circumstance or evidence which may be used in this case to prove any element of any cause of element needs to be listed as a related case. It is my understanding there is at least one additional civil matter already pending which needs to be added to this list.

Stay Pending Resolution of the Criminal Case

It is my understanding that the related NY Civil Case has been stayed pending resolution of the NY Criminal matter. Please advise if my understanding is correct. Thank you.

Of note: If the NY civil case has been stayed, a stay of the instant action pending resolution of the NY Criminal case against Peter Nygard is also appropriate as they involve and at least in part arise from the same facts.

Continuance To Permit Cissy Steele to Find Other Counsel Or to Permit Us to Withdraw

Given my personal and my firms' lack of apparently needed criminal law experience in order to advise Ms. Steele, we have advise Ms. Steele of our need to withdraw as her counsel in this matter. We would like to give Ms. Steele time to retain alternate counsel, and if she cannot do so in a reasonable period of time, we will have no choice but to bring a motiont to withdraw as counsel. We therefore ask, and will ask the Court to continue the Exchange Deadline, the ENE, and all other matters pending our withdrawl. A 60 to 90 day continuance should be sufficient.

Please advise if you have any obejctions to the above.

Thank you.

Doug Wade



Law Offices Douglas M. Wade,
A Professional Law Corporation
500 N. State College Blvd., Ste 1100
Orange, CA 92868  T.714.453.9144. F.949.209.1993
www.dmwadelaw.com

---

**From:** Deborah Dixon <ddixon@thegomezfirm.com>
**Date:** Monday, April 26, 2021 at 3:26 PM
**To:** "Douglas M. Wade" <doug@dmwadelaw.com>, "pcambria@lglaw.com" <pcambria@lglaw.com>, "jbrown@lglaw.com" <jbrown@lglaw.com>
**Cc:** Lisa Haba <lisahaba@habalaw.com>, Greg Gutzler <ggutzler@dicellolevitt.com>, Kelly McDaniel <kmcdaniel@thegomezfirm.com>
**Subject:** Draft Joint Discovery Plan (Doe/Steele)

Counsel:

Thank you for the time you spent on Friday meeting and conferring on the Proposed Joint Discovery Plan. Attached is the draft for your review and edits.

We will file on Friday so please send back to the group any edits by Thursday so we can finalize them and add different sections if necessary (we hope to avoid that) and we can file on Friday. We will send back to everyone before we file.

Thank you.


Deborah Dixon, Esq.
**Gomez Trial Attorneys**
D: 619.727.6487