Douglas M. Wade, SBN 183107
**LAW OFFICES OF DOUGLAS M. WADE, PLC**
500 N. State College Blvd., Suite 1100
Orange, California 92868
Telephone: (714) 453-9144
Fax: (949) 209-1993
Email: doug@dmwadelaw.com

**Attorney for:** Defendant Cissy Steele

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, <br><br> Plaintiff, <br><br> v. <br><br> CISSY STEELE AKA CISSY GERALD; DIABOLIC VIDEO PRODUCTIONS, INC; BLACK ICE LTD; ZERO TOLERANCE ENTERTAINMENT, INC.; THIRD DEGREE FILMS; AND ELEGANT ANGEL, INC. <br><br> Defendant. | Case No. 20CV1818-MMA-MSB <br><br> NOTICE OF MOTION AND JOINT MOTION FOR CONTINUANCE OF PRETRIAL PROCEEDINGS <br><br> Date: To Be Determined <br> Time: To Be Determined <br> Dept.: 2D <br> Judge: Hon. Michael S. Berg <br><br> Complaint Filed: September 15, 2020 <br> Trial Date: NDS <br><br> [Related to Document No. 43] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that as soon as the matter may be heard, in the courtroom of the Honorable Michael S. Berg, United States Magistrate Judge for the Southern District Court of the Southern District of California, located at 333 West Broadway, San Diego, California, Defendant Cissy Steele seeks an Order continuing the pretrial proceedings in this matter for sixty (60) days to allow defendant Cissy Steele time to substitute counsel.

This Motion is made pursuant to Federal Rule of Civil Procedure 7(b), and LR.Civ.

---
1
NOTICE OF MOTION AND JOINT MOTION
FOR CONTINUANCE OF PRETRIAL PROCEEDINGS

16.1(f)(1)(b) and is based on this Notice and the supporting Memorandum Of Points and Authorities, the Declaration of Douglas M. Wade in support, the pleadings and papers on file herein, the record to date in this matter, and upon such other matters as may be presented to the Court at the time of the hearing.

Dated: April 30, 2021     LAW OFFICES OF DOUGLAS M. WADE

s/Douglas Wade
Douglas M. Wade
Counsel for Defendant, Cissy Steele

Dated: April 30, 2021     GOMEZ TRIAL ATTORNEYS

s/Deborah Dixon
Deborah Dixon
Counsel for Plaintiff, Jane Doe

Dated: April 30, 2021     BIENERT KATZMAN LITTRELL WILLIAMS LLP

s/Anthony Bisconti
Anthony R. Bisconti
Counsel for Zero Tolerance Entertainment, Inc., Third Degree Films, Diabolic Video Productions, Inc., Black Ice LTD.(Brown, Jonathan)

## MOTION TO CONTINUE PRETRIAL PROCEEDINGS

### I. FACTS IN SUPPORT OF MOTION

The instant action for damages and injunctive relief is brought under 18 U.S.C. §§ 1591 – 1595 against multiple defendants. Defendant Cissy Steele was served with the summons and original complaint on or about October 1, 2020. The Law Offices of Douglas M. Wade has represented Defendant Cissy Steele since the filing of her Answer to the Complaint on December 21, 2020.

Defendant Cissy Steele has advised the other parties that she recently has been informed that she is an unnamed co-conspirator in a criminal action pending in the State of New York entitled <u>Jane Doe Nos. 1-57 v. Peter Nygard, et al</u>., 210-CV-201285 (SDNY-ER). Defendant Steele has further advised the parties that she also has been informed that there is / are other civil action(s) in other jurisdictions involving the same or similar issues based upon Mr. Nygard's conduct which have been stayed pending resolution of the criminal matters.

Defendant Cissy Steele and her counsel believe that the issues in the instant action involve many of the same parties and the same issues as the actions against Peter Nygard. At page 9, lines 22-26, the Amended Complaint pleads that Defendant Steele's actions involved Peter Nygard's alleged criminal activities.

"44. Although Steele eventually did introduce Jane Doe to the influential

Fashion designer, the sole purpose was to provide Jane Doe to him

for commercial sex acts—not to help her pursue a modeling career as she t

old Jane Doe.

45. The fashion designer was a man named Peter Nygard, who is currently

being sued for the sex trafficking and rape of many women over a period

of decades."

Defendant Cissy Steele and her counsel have discussed the need for Ms. Steele to

retain counsel with criminal law experience to advise her both in this matter and the pending criminal action.

Plaintiff's counsel has informed defense counsel that Plaintiff is a victim of the alleged acts of Mr. Nygard in the pending criminal case in the Southern District of New York. He has also informed defense counsel that Defendant Steele is an unindicted defendant therein, and that Plaintiff's counsel is cooperating with the Department of Justice in that case.

Defendant Steele has advised the other parties that she has been informed that The Law Offices of Douglas M. Wade lacks the necessary background and experience to provide effective representation of counsel given her current exposure in these matters. Her current counsel has advised the parties that he is informed that Ms. Steele has contacted possible substitute counsel.

## II. ARGUMENT

Fed. R. Civ. P. 6(b)(1)(A) provides:

"When an act may or must be done within a specified time, the court may, for good cause, extend the time...if a request is made, before the original time or its extension expires."

**When a party moves for an extension before the original time expires, "motions to extend are to be liberally permitted."** *Baden v. Craig-Hallum, Inc*. 115 F.R.F. 582, 585 (D. Minn. 1987).

It is well-established that trial courts have a "right to control their own dockets to require that cases proceed in an orderly and timely fashion." *Thacker v. Slayton*, 375 F. Supp. 1332, 1336 (E.D. Va. 1974) (citing *United States v. Inman*, 483 F.2d 738, 740 (4th Cir. 1973)). The management of its docket is committed to the Court's discretion.

Good cause exists for continuing the pretrial proceedings and their associated deadlines. Given Ms. Steele's representation to the parties that she is an unnamed and alleged co-Defendant in the criminal matter pending in New York, that she requires

counsel with adequate experience in criminal matters to advise her, and her and her counsel's representation that The Law Offices of Douglas M. Wade is not qualified to do so, the parties have agreed to allow Defendant Steele additional time to procure new counsel.

Discovery has yet to begin and no trial date is set. Neither Plaintiff nor co-Defendants will suffer undue prejudice or allow Defendant Steele to gain a tactical advantage.

A Motion to Withdraw As Counsel of Record is schedule for hearing Judge Anello, June 7, 2021 at 2:30 p.m.

**III. CONCLUSION**

For all of the reasons stated above, all counsel respectfully requests that this Court grant a continuance to allow Ms. Steele time to retain substitute counsel with the requisite criminal experience to represent her in the above-captioned matter, and enter an Order granting a continuance of sixty (60) days in which she may do so.

Dated: April 30, 2021			LAW OFFICES OF DOUGLAS M. WADE


					s/Douglas Wade
					Douglas M. Wade
					Counsel for Defendant, Cissy Steele

Dated: April 30, 2021			GOMEZ TRIAL ATTORNEYS


					s/Deborah Dixon
					Deborah Dixon
					Counsel for Plaintiff, Jane Doe

//

| | | |
|---|---|---|
| Dated: April 30, 2021 | | BIENERT KATZMAN LITTRELL WILLIAMS LLP |

<u>s/Anthony Bisconti</u>
Anthony R. Bisconti
Counsel for Zero Tolerance Entertainment, Inc., Third Degree Films, Diabolic Video Productions, Inc., Black Ice LTD.(Brown, Jonathan)