Douglas M. Wade, SBN 183107
**LAW OFFICES OF DOUGLAS M. WADE, PLC**
500 N. State College Blvd., Suite 1100
Orange, California 92868
Telephone: (714) 453-9144
Fax: (949) 209-1993
Email: doug@dmwadelaw.com

**Attorney for:** Defendant Cissy Steele

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>CISSY STEELE AKA CISSY GERALD; DIABOLIC VIDEO PRODUCTIONS, INC; BLACK ICE LTD; ZERO TOLERANCE ENTERTAINMENT, INC.; THIRD DEGREE FILMS; AND ELEGANT ANGEL, INC.<br><br>Defendant. | Case No. 20CV1818-MMA-MSB<br><br>DECLARATION OF DOUGLAS M. WADE IN SUPPORT OF JOINT MOTION TO CONTINUE PRETRIAL PROCEEDINGS<br><br>Date: To Be Determined<br>Time: To Be Determined<br><br>Dept.: 3D<br>Judge: Hon. Michael M. Anello<br><br>Complaint Filed: September 15, 2020<br>Trial Date: NDS<br><br>[Related to Document No. 43] |

I, Douglas M. Wade, declare as follows:

1. I am counsel of record for Defendant Cissy Steele in the above-entitled action.

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3. My firm was retained by Defendant Cissy Steele after she was served with the summons and complaint in this matter.

4. I caused Ms. Steele's Answer to the Complaint to be filed December 21, 2020

---
1
DECLARATION OF DOUGLAS M. WADE IN SUPPORT OF JOINT MOTION TO CONTINUE PRETRIAL PROCEEDINGS

and have represented her continuously to this date.

5. Plaintiff's counsel has informed me that Ms. Steele is an unnamed co-conspirator in <u>Jane Doe Nos. 1-57 v. Peter Nygard, et al.</u>, 210-CV-201285 (SDNY-ER), and that this and the *** matter are related cases.

7. Plaintiff's counsel has also indicated their intent to use the discovery in this case (and discovery in the other related cases) against Ms. Steele.

8. Plaintiff's counsel has indicated that they are cooperating with the DOJ, that the DOJ is monitoring this case, and that all filings and discovery may (or will) give rise to a criminal inditement of Ms. Steele.

11. Ms. Steele needs to substitute in counsel with criminal experience to provide effective representation of counsel in this matter. Ms. Steele has been advised that the firm needs to withdraw as counsel. She has indicated that she has been in contact with a possible substitute attorney, and a Motion to Withdraw as Counsel for Ms. Steele shall be heard before Judge Anello on June 7, 2021 at 2:30 p.m.

12. A continuance of the Exchange Deadline, the ENE, and all other pending pretrial proceeding deadlines of 60 days should be sufficient, and has been agreed to by all counsel.

Dated: April 30, 2021                    LAW OFFICES OF DOUGLAS M. WADE


                                         s/Douglas Wade
                                         Douglas M. Wade
                                         Counsel for Defendant, Cissy Steele