# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>                          Plaintiff,<br><br>v.<br><br>CISSY STEELE, et al.,<br><br>                          Defendants. | Case No.: 20cv1818-MMA (MSB)<br><br>**ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF PRETRIAL PROCEEDINGS [ECF NO. 49]** |

On April 30, 2021, the parties filed a "Joint Motion for Continuance of Pretrial Proceedings," in which they asked the Court to continue the May 7, 2021 Zoom Early Neutral Evaluation ("ENE") and Case Management Conference ("CMC") by approximately 60 days so that Defendant Cissy Steele can find counsel who is able to navigate the possibility of criminal investigation and charges that may overlap factually with this case.  (ECF No. 49.)  The Court finds good cause and **GRANTS** the parties joint request as follows:

  1. The Zoom ENE and CMC are **CONTINUED** to **July 8, 2021**, at **9:30 a.m.**
  2. Confidential ENE Statements are due no later than **July 1, 2021**.
  3. No later than **July 1, 2021**, counsel for each party shall send an e-mail to the Court at efile_berg@casd.uscourts.gov containing the following:

1

        a.       The **name and title of each participant**, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation.

        b.       An **e-mail address for each participant** to receive the Zoom video conference invitation.

        c.       A **telephone number where each participant** may be reached so that if technical difficulties arise, the Court will be able to proceed telephonically instead of by video conference.  (If counsel prefers all participants of their party on a single conference call, counsel may provide a conference number and appropriate call-in information, including an access code, where all counsel and parties or party representatives for that side may be reached as an alternative to providing individual telephone numbers for each participant.)

4.       In preparation for the CMC, the parties must do the following:

        a.       Meet and confer pursuant to Fed. R. Civ. P. 26(f) no later than **June 24, 2021**;

        b.       File a Joint Discovery Plan no later than **July 1, 2021**.

        c.       Exchange initial disclosures pursuant to Rule 26(a)(1)(A-D) no later than **July 1, 2021**.

All orders from the Court's order setting the initial ENE CMC remain in place unless specifically modified herein.

**IT IS SO ORDERED**.

Dated:  April 30, 2021

Honorable Michael S. Berg
United States Magistrate Judge