Douglas M. Wade, SBN 183107
**LAW OFFICES OF DOUGLAS M. WADE, PLC**
500 N. State College Blvd., Suite 1100
Orange, California 92868
Telephone: (714) 453-9144
Fax: (949) 209-1993
Email: doug@dmwadelaw.com

**Attorney for:** Defendant Cissy Steele

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>CISSY STEELE AKA CISSY GERALD; DIABOLIC VIDEO PRODUCTIONS, INC; BLACK ICE LTD; ZERO TOLERANCE ENTERTAINMENT, INC.; THIRD DEGREE FILMS; AND ELEGANT ANGEL, INC.<br><br>Defendant.<br>_____ | Case No. 20CV1818-MMA-MSB<br><br>DECLARATION OF DOUGLAS M. WADE RE SERVICE OF DEFENSE COUNSEL'S MOTION TO WITHDRAW ON DEFENDANT CISSY STEELE<br><br>Date: June 7, 2021<br>Time: 2:30 p.m.<br>Dept.: 3D<br>Judge: Hon. Michael M. Anello<br><br>Complaint Filed: September 15, 2020<br>Trial Date: NDS<br><br>[Doc. Nos. 48 & 51] |

I, Douglas M. Wade, declare as follows:

1. I am counsel of record for Defendant Cissy Steele in the above-entitled action.

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3. Pursuant to the Court's Order of May 6, 2021, Doc. No. 51, to serve Motion Of Douglas M. Wade And The Law Offices Of Douglas M. Wade To Withdraw As Counsel For Defendant Cissy Steele, and the Court's Order on Defendant Cissy Steele, Doc. No. 48, I caused service to be made on Defendant Cissy Steele as stated below, as well as

copy of the Court's May 6, 2021 Order, Doc. No. 51.

4. On May 7, 2021 informing her of the Court's Order of May 6, 2021 and attaching copies of the Motion. Attached hereto as Exhibit "1" is a true and correct copy of the email, the documents served, and the proof of service.

5. I printed a copy of Exhibit "1" and caused service to be made on Ms. Steele by overnight mail, via Federal Express, delivery on Monday, May 10, 2021. Attached hereto as Exhibit "2" is a true and correct copy of the proof of delivery from fedex.com showing that delivery was made on May 10, 2021 at 11:29 AM.

6. I have also transmitted copies of the Motion, Declaration, Proposed Order, and the May 6, 2021 Order to my firm's attorney service, One Legal, for personal service on Ms. Steele on May 7, 2021 for service on Ms. Steele on that date and on an expedited basis. My attorney service has informed my office that Ms. Steele was personally served on May 12, 2021 at 7:01 a.m. However, a proof of service by the process server is not currently available to be submitted to the Court. Counsel would be happy to submit to the proof of personal service to the Court as soon as it is available.

7. Ms. Steele's address is: 8301 Valley Breeze Avenue, Las Vegas, Nevada 89129.

Dated: May 12, 2021                    LAW OFFICES OF DOUGLAS M. WADE


                                       s/Douglas M. Wade
                                       Douglas M. Wade
                                       Counsel for Defendant, Cissy Steele

DECLARATION OF DOUGLAS M. WADE RE SERVICE OF DEFENSE COUNSEL'S
MOTION TO WITHDRAW ON DEFENDANT CISSY STEELE

# Exhibit 1

**Subject:**  Jane Doe v. Cissy Steele: Motion to Withdraw As Counsel & Court Order dated May 6, 2021
**Date:**  Friday, May 7, 2021 at 8:31:18 AM Pacific Daylight Time
**From:**  Douglas M. Wade <doug@dmwadelaw.com>
**To:**  Cissy <inacent_cc@yahoo.com>
**CC:**  Alicia Wunderlich <Alicia@dmwadelaw.com>
**Priority:**  High
**Attachments:** image001.png, 2021-04-30 Motion to Withdraw as Counsel - Document No. 48.pdf, 2021-04-30 Notice of Motion to Withdraw as Counsel - Document No. 48-1.pdf, 2021-04-30 Wade Declaration in Support of Motion to Withdraw as Counsel - Document No 48..pdf, 2021-05-06 Order re Motion to Withdraw.pdf, 2021-05-07 Proof of Service - Electronic & Overnight Mail.pdf, 2021-05-07 Steele - Acknowledgment of Receipt.pdf

Cissy:

Before it will hear our Motion to Withdraw As Counsel, the Court has Ordered that we serve you with the following documents:

1.  Notice of Motion of Douglas M. Wade and the Law Offices of Douglas M. Wade to Withdrawal as Counsel for Defendant Cissy Steele;

2.  Memorandum in Support of Motion of Douglas M. Wade and the Law Offices of Douglas M. Wade to Withdraw as Counsel for Defendant Cissy Steele;

3.  Declaration of Douglas M. Wade in Support of Motion to Withdraw as Counsel for Defendant Cissy Steele;

4.  Order re: Defense Counsel's Motion to Withdraw dated May 6, 2021

Copies attached.

Please also fine attached an Acknowledgment of Receipt of our service of these documents. If you would, please take a minute to print, sign and send me a scan or photo of this document.

Thank you.

Doug Wade

**DW**

Law Offices Douglas M. Wade,
A Professional Law Corporation
500 N. State College Blvd., Ste 1100
Orange, CA 92868  T.714.453.9144. F.949.209.1993
www.dmwadelaw.com

Douglas M. Wade, SBN 183107
**LAW OFFICES OF DOUGLAS M. WADE, PLC**
500 N. State College Blvd., Suite 1100
Orange, California 92868
Telephone: (714) 453-9144
Fax: (949) 209-1993
Email: doug@dmwadelaw.com

**Attorney for:** Defendant Cissy Steele

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | ) Case No. 20CV1818-MMA-MSB |
| Plaintiff, | ) |
| | ) |
| v. | ) MEMORANDUM IN SUPPORT OF MOTION OF DOUGLAS M. WADE AND THE LAW OFFICES OF DOUGLAS M. WADE TO WITHDRAW AS COUNSEL FOR DEFENDANT CISSY STEELE |
| CISSY STEELE AKA CISSY GERALD; DIABOLIC VIDEO PRODUCTIONS, INC; BLACK ICE LTD; ZERO TOLERANCE ENTERTAINMENT, INC.; THIRD DEGREE FILMS; AND ELEGANT ANGEL, INC. | ) |
| | ) Date: June 7, 2021 |
| | ) Time: 2:30 p.m. |
| | ) Dept.: 3D |
| | ) Judge: Hon. Michael M. Anello |
| Defendant. | ) |
| | ) Complaint Filed: September 15, 2020 |
| | ) Trial Date: NDS |
| _____ | ) |

Douglas M. Wade and the Law Offices of Douglas M. Wade (hereafter "Movants") move the Court for an order granting leave to withdraw as counsel of record for Defendant Cissy Steele on the grounds that the issues involved require retention of criminal defense counsel and non-payment of attorney's fees. Movants respectfully submit the following summary of facts and argument in support of their motion to withdraw.

//

**I.  FACTS IN SUPPORT OF MOTION**

The instant action for damages and injunctive relief is brought under 18 U.S.C. §§ 1591 – 1595 against multiple defendants. Defendant Cissy Steele was served with the summons and original complaint on or about October 1, 2020.

1. Movants have represented Defendant Cissy Steele since the filing of her Answer to the Complaint on December 21, 2020.

2. Plaintiff's counsel has advised that Defendant Steele is an unindicted co-conspirator in a criminal action pending in the State of New York entitled <u>Jane Doe Nos. 1-57 v. Peter Nygard, et al</u>., 210-CV-201285 (SDNY-ER).  She also has been informed that there are other civil actions in other jurisdictions involving the same or similar issues based upon Mr. Nygard's conduct which have been stayed pending resolution of the criminal matters.

3.  Defendant and Movant Douglas M. Wade have discussed the need for Ms. Steele to retain counsel with criminal law experience to advise her both in this matter and the pending criminal action. She has been informed that Movants lack the necessary background and experience to provide effective representation of counsel given her current exposure in these matters.

4.  The agreement for the retention of counsel's services provided that Ms. Steele maintain a current account of the fees and costs incurred and due. The provision is a material part of the contract. As of January 1, 2021, Defendant's account has been in arrears. Despite promising to bring the account current, payment has not been made and the account is more than three (3) months in arrears. The failure to pay fees and costs due is a breach of the agreement. Multiple requests to bring the account current have been communicated to Ms. Steele but payment has not been made.

5.  No discovery has taken place and no trial date has been set. Movants' withdrawal will not cause any prejudice or delay in this case. There is ample time for Defendant to obtain new counsel and there is no prejudice to co-Defendants or to

MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT CISSY STEELE

Plaintiff.  Plaintiff and co-Defendants will not require any additional time to review the case or to prepare for it.

6. Counsel is informed that Ms. Steele has contacted possible substitute counsel.

7. Counsel's declaration states the current address of the client.

## II. ARGUMENT

An attorney may not withdraw as counsel leaving the client *in propria persona* except by leave of court. See: *Darby v. City of Torrance,* 810 F. Supp. 275, 276 (C.D.Cal. 1992). "The decision to grant or deny counsel's motion to withdraw is committed to the discretion of the trial court." *Washington v. Sherwin Real Estate, Inc,* 694 F.2d 1081, 1087 (7th Cir. 1982).

In California, motions to withdraw are governed by the California Rules of Professional Conduct adopted by the State Bar of California. *Nehad v. Mukasey*, 535 F.3d 962, 970 (9th Cir. 2008). This Court has applied the California Rules of Professional Conduct to motions to withdraw as counsel. See: *Beard v. Shuttermart of Cal., Inc.* No. 07CV594WQH (NLS), 2008 WL 410694, at *2 (SDS Cal.,2008); *Leatt Corp. v, Innovative Safety Tech., LLC*, No.09-CV-1301- IEG (POR), 2010 WL 4444708, at *1 (S.D. Cal. 2010).

Current Rule 1.16 [Former 3-700] provides for permissive withdrawal as counsel upon a showing of one or more of the following factors:

> "(b) Except as stated in paragraph (c), a lawyer may withdraw from representing a client if:
> (5) the client breaches a material term of an agreement with, or obligation, to the lawyer relating to the representation, and the lawyer has given the client a reasonable warning after the breach that the lawyer will withdraw unless the client fulfills the agreement or performs the obligation;
> (6) the client knowingly and freely assents to termination of the representation;
> (10) the lawyer believes in good faith, in a proceeding pending before a tribunal, that the tribunal will find the existence of other good cause for withdrawal. Optional if we have grounds."

Counsel shall not withdraw from employment until reasonable steps have been taken to avoid reasonably foreseeable prejudice to the rights of the client, including

MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT CISSY STEELE

1  giving due notice to the client, allowing time for employment of other counsel, and

2  complying with applicable laws and rules.

3       "[T]he court has discretion to deny an attorney's request to withdraw where such

4  withdrawal would work an injustice or cause undue delay in the proceeding." *Mandell*

5  *v. Superior Court,* (1977) 67 Cal. App. 3d 1, 4; see also *Estate of Falco* (1987) 188 Cal. App.

6  3d 1004, 1014.

7       Courts have considered the following factors when evaluating a motion to

8  withdraw:

9       "(1) the reasons why withdrawal is sought; (2) the prejudice withdrawal
        may cause to other litigants; (3) the harm withdrawal might cause to the
10      administration of justice; and (4) the degree to which withdrawal will
        delay the resolution of the case." *CE Res., Inc. v. Magellan Grp., LLC*, 2009
11      WL 3367489, at *2 (E.D. Cal. Oct. 21, 2015); see also *Deal v. Countrywide
        Home Loans*, 2010 WL 3702459, at *2 (N.D. Cal. Sept. 15, 2010); and *Beard
12      v. Shuttermart of Cal., Inc., supra*, at *2 (S.D. Cal. Feb. 13, 2008).

13      <u>Here</u>, the client has been given reasonable notice of Movants concerns and been

14  advised of possible substitute counsel with ample time to retain new counsel. There has

15  been no discovery and there is no trial date set, eliminating prejudice to other litigants,

16  avoiding harm to the administration of justice, and causing no delay of the resolution of

17  the case.

18      Given Ms. Steele's status as an unindicted co-Defendant in the criminal matter

19  pending in New York, she requires counsel with adequate experience in criminal matters

20  to advise her. Movants are not qualified to do so.

21      Good cause exists where a client indicates it will not pay costs of the defense and

22  attorneys' fees.  *Canandaigua Wine Co. v. Edwin Moldauer*  No. 1:02-cv-06599 OWW DLB,

23  2009 WL 89141 at *2, (E.D. Cal. 2009).

24  **III. CONCLUSION**

25      For all of the reasons stated above, Movants Douglas M. Wade and the Law

26  Offices of Douglas M. Wade respectfully request that this Court grant them leave to

27  withdraw as counsel in the above-captioned matter, and enter an Order stating that

28

1    Movants have so withdrawn.

2    Dated: April 30, 2021                LAW OFFICES OF DOUGLAS M. WADE

3

4

5                                        s/Douglas Wade_____
                                         Douglas M. Wade
6                                        Counsel for Defendant, Cissy Steele

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                         5
     MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR
                      DEFENDANT CISSY STEELE

1
2
3
4

Douglas M. Wade, SBN 183107
**LAW OFFICES OF DOUGLAS M. WADE, PLC**
500 N. State College Blvd., Suite 1100
Orange, California 92868
Telephone: (714) 453-9144
Fax: (949) 209-1993
Email: doug@dmwadelaw.com

5

**Attorney for:** Defendant Cissy Steele

6
7
8

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

9

JANE DOE,

                       )   Case No. 20CV1818-MMA-MSB

10

           Plaintiff,    )

11

                  )   NOTICE OF MOTION OF DOUGLAS
                  )   M. WADE AND THE LAW OFFICES

12

           v.         )   OF DOUGLAS M. WADE TO
                  )   WITHDRAW AS COUNSEL FOR

13

                  )   DEFENDANT CISSY STEELE
CISSY STEELE AKA CISSY GERALD; )

14

DIABOLIC VIDEO PRODUCTIONS, )
INC; BLACK ICE LTD; ZERO     )   Date: June 7, 2021

15

TOLERANCE ENTERTAINMENT,  )   Time: 2:30 p.m.
INC.; THIRD DEGREE FILMS; AND )   Dept.: 3D

16

ELEGANT ANGEL, INC.        )   Judge: Hon. Michael M. Anello
                  )

17

           Defendant.   )   Complaint Filed: September 15, 2020
                  )   Trial Date: NDS

18
19

_____)

20

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21

PLEASE TAKE NOTICE that on June 7, 2021 at 2:30 p.m., or as soon thereafter as

22

the matter may be heard, in the courtroom of the Honorable Michael M. Anello, United

23

States District Judge for the Southern District Court of the Southern District of California,

24

located at 333 West Broadway, San Diego, California, Douglas M. Wade and the Law

25

Offices of Douglas M. Wade, LLC shall request leave of Court, pursuant to California

26

Rule of Professional conduct Rule 1.16 to withdraw as counsel for Defendant Cissy

27

Steele.

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

This Motion is made pursuant to Federal Rule of Civil Procedure 7(b), and is based on this Notice and the supporting Memorandum In Support Of Motion To Withdraw, the Declaration of Douglas M. Wade in support hereof, the pleadings and papers on file herein, the record to date in this matter, and upon such other matters as may be presented to the Court at the time of the hearing.

Dated: April 30, 2021                    LAW OFFICES OF DOUGLAS M. WADE


                                         s/Douglas Wade_____
                                         Douglas M. Wade
                                         Counsel for Defendant, Cissy Steele

NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT CISSY STEELE

Douglas M. Wade, SBN 183107
**LAW OFFICES OF DOUGLAS M. WADE, PLC**
500 N. State College Blvd., Suite 1100
Orange, California 92868
Telephone: (714) 453-9144
Fax: (949) 209-1993
Email: doug@dmwadelaw.com

**Attorney for:** Defendant Cissy Steele

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | Case No. 20CV1818-MMA-MSB |
| Plaintiff, | |
| v. | DECLARATION OF DOUGLAS M. WADE IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT CISSY STEELE |
| CISSY STEELE AKA CISSY GERALD; DIABOLIC VIDEO PRODUCTIONS, INC; BLACK ICE LTD; ZERO TOLERANCE ENTERTAINMENT, INC.; THIRD DEGREE FILMS; AND ELEGANT ANGEL, INC. | Date: June 7, 2021<br>Time: 2:30 p.m.<br>Dept.: 3D<br>Judge: Hon. Michael M. Anello |
| Defendant. | Complaint Filed: September 15, 2020<br>Trial Date: NDS |

I, Douglas M. Wade, declare as follows:

1. I am counsel of record for Defendant Cissy Steele in the above-entitled action.

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3. My firm was retained by Defendant Cissy Steele after she was served with the summons and complaint in this matter.

4. I caused Ms. Steele's Answer to the Complaint to be filed December 21, 2020 and have represented her continuously to this date.

5.  I have communicated with Ms. Steele, both in writing and verbally, about the case, the allegations against her, and her defense. I have provided information and advice as to the facts, applicable law, and recommended courses of action.

6.  Ms. Steele has been informed that she is an unindicted co-conspirator in a criminal case pending in the State of New York entitled <u>Jane Doe Nos. 1-57 v. Peter Nygard, et al.</u>, 210-CV-201285 (SDNY-ER).  Defendant also is informed that there are pending related civil case(s) involving Peter Nygard which have been stayed as a result of the criminal action.

7.  Plaintiff's counsel has advised that his firm is cooperating with the Department of Justice in the above referenced criminal action naming Peter Nygard.

8.  Plaintiff's counsel has advised that his firm intends to use discovery in the criminal matter and other related case(s) in this action.

9. I have informed Defendant Steele that my firm lacks the necessary criminal law experience to provide effective representation of counsel in this matter. Ms. Steele has been advised that the firm needs to withdraw as counsel.  She has indicated that she has been in contact with a possible substitute attorney.

10. I have informed counsel for Plaintiffs and for the other Defendants of our need to withdraw as counsel, and counsel have advised that they do not oppose our withdrawing as counsel of record for Ms. Steele.

10. Ms. Steele requires time to retain alternate counsel and a continuance of the Exchange Deadline, the ENE, and all other pending deadlines of 60 to 90 days should be sufficient.

11. As of the time of this writing, the identity of Jane Doe has yet to be disclosed to counsel making compliance with the Exchange Deadline, the ENE, and all other pending deadlines impossible.

11. Ms. Steele agreed to pay fees and costs of defense as part of the retainer agreement for my services. As of this date, Ms. Steele's account has been past due since

DECLARATION OF DOUGLAS M. WADE IN SUPPORT OF MOTION TO
WITHDRAW AS COUNSEL FOR DEFENDANT CISSY STEELE

1    January 1, 2021.

2

3    Dated: April 30, 2021              LAW OFFICES OF DOUGLAS M. WADE

4                                       s/Douglas Wade
5                                       Douglas M. Wade
                                        Counsel for Defendant, Cissy Steele
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3
DECLARATION OF DOUGLAS M. WADE IN SUPPORT OF MOTION TO
WITHDRAW AS COUNSEL FOR DEFENDANT CISSY STEELE

Exhibit "1"

**Subject:**   RE: Draft Joint Discovery Plan (Doe/Steele)

**Date:**   Thursday, April 29, 2021 at 4:24:15 PM Pacific Daylight Time

**From:**   Deborah Dixon <ddixon@thegomezfirm.com>

**To:**   Douglas M. Wade <doug@dmwadelaw.com>, Greg Gutzler <ggutzler@dicellolevitt.com>, pcambria@lglaw.com <pcambria@lglaw.com>, jbrown@lglaw.com <jbrown@lglaw.com>

**CC:**   Lisa Haba <lisahaba@habalaw.com>, Kelly McDaniel <kmcdaniel@thegomezfirm.com>

**Attachments:** image001.png, image002.jpg, image003.png, image004.jpg, image005.png

Doug:

Plaintiffs are not planning to oppose your motion to withdraw as counsel, if necessary to file, and understand you are filing a motion to seek a continuance to allow Ms. Steele time to find new counsel.  We believe 30 days would be more than sufficient for her to find new counsel, but do not oppose a request for a 60 day continuance.

In regards to your request to include the Peter Nygard criminal case, we agree and will add that case to #8 as well as related.

Thank you.

~Deborah

**From:** Douglas M. Wade <doug@dmwadelaw.com>
**Sent:** Thursday, April 29, 2021 3:53 PM
**To:** Greg Gutzler <ggutzler@dicellolevitt.com>; Deborah Dixon <ddixon@thegomezfirm.com>; pcambria@lglaw.com; jbrown@lglaw.com
**Cc:** Lisa Haba <lisahaba@habalaw.com>; Kelly McDaniel <kmcdaniel@thegomezfirm.com>
**Subject:** Re: Draft Joint Discovery Plan (Doe/Steele)

Greg:

I'm not interested in arguing, nor debating these issues. My email, and request, do not miss the mark. Plaintiffs counsels' ongoing failure to identify <u>all cases involving like facts and issues</u> in the Joint Discovery plan – even after being pressed to do so in during our meet and confer – misses the mark.

As for the relationship to what Jane Doe is or isn't claiming vis-à-vis Peter Nygard, Plaintiff counsel have communicated that Ms. Steele is:

- Is an unidentified / unnamed co-conspirator in the Peter Nygard criminal indictment, and
- Plaintiffs counsel have evidence that my client's name is on a passenger manifest traveling on Peter Nygard's private plane allegedly being used to transport to Peter Nygard for non-consensual activities as alleged in the Criminal Inditement.

Plaintiffs' counsel also indicated their intent to use the discovery in this case (and discovery in the other related cases) as against my client. Plaintiffs counsel has indicated that they are cooperating with the DOJ, that the DOJ is monitoring this case, and that all filings and discovery may (or will) give rise to a criminal inditement of Ms. Steele. This later statement is enough to merit listing the criminal case against Peter Nygarad as a related case.

Please amend the Propose Joint Discovery Plan so it identifies and lists all potentially related cases, criminal and civil. It is up to the Court to determine what it finds or does not find to be related. List the case to which counsel agree is related, but you are also required to list the cases which Defendants understand to be related.  This includes the Nygard Criminal case and every other civil mater against Nygard mentioned in our meet and confer discussions. Thank you.

As previously indicated, I will request a continuance of all matters in this case to permit my client time to obtain other counsel, or to give us time with have a motion to withdraw heard. This will be filed as soon as it can be prepared – no later than tomorrow morning PST – which is timely following the Court's order for such a request. I have asked if Plaintiffs' counsel will agree to the countenance on this grounds, or if it opposes it. I have yet to have an answer, and will so inform the Court. I will leave it up to Ms. Steele's new counsel to decide if he/she wishes to move for a stay. However, I will request it of the Court as I believe it is appropriate – and will of course note your objections.

Doug Wade



Law Offices Douglas M. Wade,
A Professional Law Corporation
500 N. State College Blvd., Ste 1100
Orange, CA 92868  T.714.453.9144. F.949.209.1993
www.dmwadelaw.com

---

**From:** Greg Gutzler <ggutzler@dicellolevitt.com>
**Date:** Thursday, April 29, 2021 at 2:54 PM
**To:** "Douglas M. Wade" <doug@dmwadelaw.com>, Deborah Dixon <ddixon@thegomezfirm.com>, "pcambria@lglaw.com" <pcambria@lglaw.com>, "jbrown@lglaw.com" <jbrown@lglaw.com>
**Cc:** Lisa Haba <lisahaba@habalaw.com>, Kelly McDaniel <kmcdaniel@thegomezfirm.com>
**Subject:** RE: Draft Joint Discovery Plan (Doe/Steele)

Doug,

Your email misses the mark.  I represent my client and will continue doing so.  You can represent your client how you see fit.  I won't do your work for you.

   Greg G. Gutzler

**DICELLO LEVITT GUTZLER**

646.933.1000

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

---

**From:** Douglas M. Wade <doug@dmwadelaw.com>
**Sent:** Thursday, April 29, 2021 5:35 PM
**To:** Greg Gutzler <ggutzler@dicellolevitt.com>; Deborah Dixon <ddixon@thegomezfirm.com>; pcambria@lglaw.com; jbrown@lglaw.com

**Cc:** Lisa Haba <lisahaba@habalaw.com>; Kelly McDaniel <kmcdaniel@thegomezfirm.com>
**Subject:** Re: Draft Joint Discovery Plan (Doe/Steele)

Greg:

None of the counsel present speak on behalf of the DOJ. I wouldn't presume to do so. Please confirm that whether any of the civil cases have been stayed, and please explain how the facts in that / those cases differ and do not cross-over with the claims made by Jane Doe in the instant action. If you cannot clearly do so, a stay is merited.

Doug



Law Offices Douglas M. Wade,
A Professional Law Corporation
500 N. State College Blvd., Ste 1100
Orange, CA 92868  T.714.453.9144. F.949.209.1993
www.dmwadelaw.com

**From:** Greg Gutzler <ggutzler@dicellolevitt.com>
**Date:** Thursday, April 29, 2021 at 1:58 PM
**To:** "Douglas M. Wade" <doug@dmwadelaw.com>, Deborah Dixon <ddixon@thegomezfirm.com>, "pcambria@lglaw.com" <pcambria@lglaw.com>, "jbrown@lglaw.com" <jbrown@lglaw.com>
**Cc:** Lisa Haba <lisahaba@habalaw.com>, Kelly McDaniel <kmcdaniel@thegomezfirm.com>
**Subject:** RE: Draft Joint Discovery Plan (Doe/Steele)

Hi Doug,

We don't agree about your claim that this case should be stayed.  If the DOJ wanted to seek a stay, they could have done so, but have not.

We will confer on the other issue you raised at the end of your email.



Greg G. Gutzler

**DICELLO LEVITT GUTZLER**

646.933.1000

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

**From:** Douglas M. Wade <doug@dmwadelaw.com>
**Sent:** Thursday, April 29, 2021 4:38 PM
**To:** Deborah Dixon <ddixon@thegomezfirm.com>; pcambria@lglaw.com; jbrown@lglaw.com
**Cc:** Lisa Haba <lisahaba@habalaw.com>; Greg Gutzler <ggutzler@dicellolevitt.com>; Kelly McDaniel <kmcdaniel@thegomezfirm.com>
**Subject:** Re: Draft Joint Discovery Plan (Doe/Steele)

Counsel:

Proposed Joint Discovery Plan, Item 8: The criminal indictment and pending NY Criminal case as against Peter Nygard and every other civil case seeking compensation for alleged wrongdoing committed by or at properties owned by Nygard in which Jane Doe claims to be involved or otherwise circumstance or evidence which may be used in this case to prove any element of any cause of element needs to be listed as a related case. It is my understanding there is at least one additional civil matter already pending which needs to be added to this list.

Stay Pending Resolution of the Criminal Case

It is my understanding that the related NY Civil Case has been stayed pending resolution of the NY Criminal matter. Please advise if my understanding is correct. Thank you.

Of note: If the NY civil case has been stayed, a stay of the instant action pending resolution of the NY Criminal case against Peter Nygard is also appropriate as they involve and at least in part arise from the same facts.

Continuance To Permit Cissy Steele to Find Other Counsel Or to Permit Us to Withdraw

Given my personal and my firms' lack of apparently needed criminal law experience in order to advise Ms. Steele, we have advise Ms. Steele of our need to withdraw as her counsel in this matter. We would like to give Ms. Steele time to retain alternate counsel, and if she cannot do so in a reasonable period of time, we will have no choice but to bring a motiont to withdraw as counsel. We therefore ask, and will ask the Court to continue the Exchange Deadline, the ENE, and all other matters pending our withdrawl. A 60 to 90 day continuance should be sufficient.

Please advise if you have any obejctions to the above.

Thank you.

Doug Wade



Law Offices Douglas M. Wade,
A Professional Law Corporation
500 N. State College Blvd., Ste 1100
Orange, CA 92868  T.714.453.9144. F.949.209.1993
www.dmwadelaw.com

---

**From:** Deborah Dixon <ddixon@thegomezfirm.com>
**Date:** Monday, April 26, 2021 at 3:26 PM
**To:** "Douglas M. Wade" <doug@dmwadelaw.com>, "pcambria@lglaw.com" <pcambria@lglaw.com>, "jbrown@lglaw.com" <jbrown@lglaw.com>
**Cc:** Lisa Haba <lisahaba@habalaw.com>, Greg Gutzler <ggutzler@dicellolevitt.com>, Kelly McDaniel <kmcdaniel@thegomezfirm.com>
**Subject:** Draft Joint Discovery Plan (Doe/Steele)

Counsel:

Thank you for the time you spent on Friday meeting and conferring on the Proposed Joint Discovery Plan. Attached is the draft for your review and edits.

We will file on Friday so please send back to the group any edits by Thursday so we can finalize them and add different sections if necessary (we hope to avoid that) and we can file on Friday. We will send back to everyone before we file.

Thank you.


Deborah Dixon, Esq.
**Gomez Trial Attorneys**
D: 619.727.6487

1  Douglas M. Wade, SBN 183107
   **LAW OFFICES OF DOUGLAS M. WADE, PLC**
2  500 N. State College Blvd., Suite 1100
   Orange, California 92868
3  Telephone: (714) 453-9144
   Fax: (949) 209-1993
4  Email: doug@dmwadelaw.com

5  **Attorney for:** Defendant Cissy Steele

6

7              **UNITED STATES DISTRICT COURT**
               **SOUTHERN DISTRICT OF CALIFORNIA**
8

9  JANE DOE,                          )   Case No. 20CV1818-MMA-MSB
                                      )
10             Plaintiff,             )   UNLIMITED JURISDICTION
                                      )
11      v.                            )
                                      )
12 CISSY STEELE AKA DIABOLIC          )   **PROOF OF SERVICE**
   VIDEO PRODUCTIONS, INC; BLACK      )
13 ICE LTD; ZERO TOLERANCE            )
   ENTERTAINMENT, INC.; THIRD         )   Action Filed: September 15, 2020
14 DEGREE FILMS; AND ELEGANT          )   Trial Date:   Not Yet Assigned.
   ANGEL, INC.                        )
15                                    )
                                      )
16             Defendant.             )
   _____   )
17

18      I, Douglas M. Wade, declare as follows:

19      My address is 500 N. State College Blvd, Suite #1100, Orange California, 92868,

20 which is located in the county where the mailing described below took place.

21      On: May 6, 2021, I served the document(s) described as:

22  • **Notice of Motion of Douglas M. Wade and the Law Offices of Douglas M.**

23    **Wade to Withdrawal as Counsel for Defendant Cissy Steele;**

24  • **Memorandum in Support of Motion of Douglas M. Wade and the Law**

25    **Offices of Douglas M. Wade to Withdraw as Counsel for Defendant Cissy**

26    **Steele;**

27  • **Declaration of Douglas M. Wade in Support of Motion to Withdraw as**

28    **Counsel for Defendant Cissy Steele;**

1       •  **Order re: Defense Counsel's Motion to Withdraw dated May 6, 2021**

2

3  ☒      by electronically transmitting the document(s) listed above to the email
          address(es) set forth below on this date before 5:00 p.m.

4

5  ☒      by placing the document(s) listed above in a sealed envelope with postage
          thereon fully prepaid and sent via FedEx standard overnight mail at Orange

6           addressed as set forth below.

7 Addressed to:

8                Ms. Cissy Steele
               8301 Valley Breeze

9                Las Vegas, Nevada 89129
               Email: inacent_cc@yahoo.com

10

11 I declare under penalty of perjury that the foregoing is true and correct.

12 Executed on May 7, 2021, at Orange, California.

13

14

15 _____
     Douglas M. Wade

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 20CV1818-MMA-MSB                        PROOF OF SERVICE

Douglas M. Wade, SBN 183107
**LAW OFFICES OF DOUGLAS M. WADE, PLC**
500 N. State College Blvd., Suite 1100
Orange, California 92868
Telephone: (714) 453-9144
Fax: (949) 209-1993
Email: doug@dmwadelaw.com

**Attorney for:** Defendant Cissy Steele

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>          Plaintiff,<br><br>     v.<br><br>CISSY STEELE AKA DIABOLIC VIDEO PRODUCTIONS, INC; BLACK ICE LTD; ZERO TOLERANCE ENTERTAINMENT, INC.; THIRD DEGREE FILMS; AND ELEGANT ANGEL, INC.<br><br>          Defendant. | Case No. 20CV1818-MMA-MSB<br><br>UNLIMITED JURISDICTION<br><br>**ACKNOWLEDGMENT OF RECEIPT**<br><br>Action Filed: September 15, 2020<br>Trial Date:    Not Yet Assigned. |

I declare under penalty of perjury, that I received a copy of:

- **Order re: Defense Counsel's Motion to Withdraw;**

- **Memorandum in Support of Motion of Douglas M. Wade and the Law Offices of Douglas M. Wade to Withdraw as Counsel for Defendant Cissy Steele;**

- **Notice of Motion of Douglas M. Wade and the Law Offices of Douglas M. Wade to Withdrawal as Counsel for Defendant Cissy Steele;**

- **Declaration of Douglas M. Wade in Support of Motion to Withdraw as Counsel for Defendant Cissy Steele**

in the above-captioned matter at 8301 Valley Breeze, Las Vegas, Nevada 89129
on the _____ of May, 2021.


_____
Date

_____
Signature

_____
Print Name

_____
Relationship to Cissy Steele
Authority to Receive Service of Process

**ACKNOWLEDGEMENT OF RECEIPT**

# Exhibit 2



May 11, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 773662028160

---

**Delivery Information:**

---

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | 8301 VALLEYBREEZE AVE |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | LAS VEGAS, NV, 89129 |
| | | **Delivery date:** | May 10, 2021 11:29 |

---

**Shipping Information:**

---

| | | | |
|---|---|---|---|
| **Tracking number:** | 773662028160 | **Ship Date:** | May 7, 2021 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Cissy Steele,
8301 Velleyy Breeze
LAS VEGAS, NV, US, 89129

**Shipper:**
Douglas Wade,
500 N State College Blvd.
Suite 1100
Orange, CA, US, 92868

**Reference**            Cissy Steele

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment
because a signature was not required.

Thank you for choosing FedEx