Douglas M. Wade, SBN 183107
**LAW OFFICES OF DOUGLAS M. WADE, PLC**
500 N. State College Blvd., Suite 1100
Orange, California 92868
Telephone: (714) 453-9144
Fax: (949) 209-1993
Email: doug@dmwadelaw.com

**Attorney for:** Defendant Cissy Steele

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CISSY STEELE AKA CISSY GERALD; DIABOLIC VIDEO PRODUCTIONS, INC; BLACK ICE LTD; ZERO TOLERANCE ENTERTAINMENT, INC.; THIRD DEGREE FILMS; AND ELEGANT ANGEL, INC.<br><br>　　　　Defendant. | Case No. 20CV1818-MMA-MSB<br><br>SUPPLEMENTAL DECLARATION OF DOUGLAS M. WADE RE SERVICE IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT CISSY STEELE<br><br>Date: June 7, 2021<br>Time: 2:30 p.m.<br>Dept.: 3D<br>Judge: Hon. Michael M. Anello<br><br>Complaint Filed: September 15, 2020<br>Trial Date: NDS<br><br>[Doc. Nos. 48, 51 & 52] |

I, Douglas M. Wade, declare as follows:

1. I am counsel of record for Defendant Cissy Steele in the above-entitled action.

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3. I make this Supplemental Declaration to provide the Court with a copy of Proof of Personal Service of Defendant Cissy Steele of the Motion to Withdraw, Wade Declaration in Support, and Copy of the Court's Order re Motion to Withdraw, a true and correct copy of the Proof of Service which is attached hereto a Exhibit "4"

---
1
SUPPLEMENTAL DECLARATION OF DOUGLAS M. WADE RE SERVICE & IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT CISSY STEELE

I declare under the penalty of perjury pursuant to the laws of the United States of America that the aforementioned is true and correct.

Dated: May 13, 2021                    LAW OFFICES OF DOUGLAS M. WADE

                                          s/Douglas Wade
                                          Douglas M. Wade
                                          Counsel for Defendant, Cissy Steele

Exhibit "4"

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Douglas Wade, 183107<br>Law Offices of Douglas M. Wade<br>500 N. State College Blvd., Suite<br>Orange, CA 92868 | 714-453-9144 | |
| | Ref. No. or File No. | |
| ATTORNEY FOR (Name): Defendant | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Southern District of California
333 West Broadway
San Diego, CA 92101-8900

PLAINTIFF:
Jane Doe

DEFENDANT:
Cissy Steele, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>20CV1818-MMA-MSB |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Motion To Withdraw As Counsel, Declaration in Support of Motion to Withdraw, Order Re: Motion to Withdraw, Acknowledgement Of Receipt

2. Party Served: Cissy Steele aka Cissy Gerald

3. Person Served: party in item 2

4. Date & Time of Delivery: 05/12/2021  7:01AM

5. Address, City and State: 8301 Valley Breeze Ave
   Las Vegas, NV 89129

6. Manner of Service: Personal Service - By personally delivering copies.



Fee for Service: $ 250.5

Not a registered California process server.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

John White
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954
415-491-0606

Signature: 
John White

OL# 16277656