

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Jane Doe,

                                 **Plaintiff,**

                     V.

See Attachment

                                 **Defendant.**

**Civil No.** 20cv1818-MMA-MSB

**DEFAULT**

    It appears from the record in the above entitled action that Summons issued on the Amended Complaint Filed on 9/25/2020 has been regularly served upon the Defendant hereinafter named; and it appears from the affidavit of counsel for Plaintiff and the records herein that the Defendant has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.  Now, therefore, on request of counsel for Plaintiff, the DEFAULT of the following Defendants is hereby entered: 24-7 Internet, Inc.

Entered On:  Jul 29, 2021

**JOHN MORRILL, Clerk of Court**

By:  s/ T. Ferris

T. Ferris, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** _____

Cissy Steele, 8301 Valley Breeze Avenue
Las Vegas, NV 89129, aka Cissy Gerald;
Black Ice LTD;
Zero Tolerance Entertainment, Inc.;
Third Degree Films;
Diabolic Video Productions, Inc.;
KNPB Media B.V.;
24-7 Internet, Inc.;
TUBEXXXONE.com;
WREAL, LLC;
ASEXBOX.COM,