# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CISSY STEELE, et al.,<br><br>　　　　　　　　Defendants. | Case No.: 20cv1818-MMA (MSB)<br><br>**ORDER SETTING TELEPHONIC DISCOVERY CONFERENCE** |

On August 27, 2021, the parties filed a "Joint Statement Regarding Stipulated Protective Order," in which they asked the Court for "a brief telephonic conference" to resolve an issue regarding how the parties' stipulated protective order "relates to the disclosure of Plaintiff's name in performing third party discovery and investigation." (ECF No. 67 at 2.)  Pursuant to this request, the Court **SETS** a telephonic Discovery Conference for **September 3, 2021**, at **11:00 a.m.**  Counsel for Plaintiff is **ORDERED** to arrange the joint call to chambers at (619) 557-6632.

　　　**IT IS SO ORDERED**.

Dated:  August 30, 2021

　　　　　　　　　　　　　　　　　　　　Honorable Michael S. Berg
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge