UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>CISSY STEELE, et al.,<br><br>Defendants. | Case No.: 20cv1818-MMA (MSB)<br><br>**ORDER ENTERING DISCOVERY STIPULATION OF PLAINTIFF AND VIDEO DEFENDANTS AND VACATING TELEPHONIC DISCOVERY CONFERENCE**<br><br>**[ECF NO. 84]** |

On December 10, 2021, pursuant to the oral request of counsel for Plaintiff and Defendants Diabolic Video Productions, Inc.; Black Ice LTD; Zero Tolerance Entertainment, Inc.; and Third Degree Films (collectively, the "Video Defendants," and together with Plaintiff, the "Parties"), Judge Berg set a telephonic Discovery Conference for December 17, 2021, at 1:30 p.m.  On December 16, 2021, in lieu of letter briefs outlining their discovery disputes, the Parties submitted a stipulation [ECF No. 84] in which they explained that they had "temporarily resolved any outstanding issues," and agreed upon a schedule for Plaintiff to provide Video Defendants with supplemental responses and documents, and for the parties to meet and confer and contact chambers in the event any disputes remain.  (Id. at 2-3.)

/ / /

Finding good cause and based on the Parties' agreement, the Court **APPROVES** and **ENTERS** the Parties' stipulation.  (See ECF No. 84 at 3.)

Based on the Parties' representation that there are currently no discovery disputes between them, the Court sua sponte **VACATES** the December 17, 2021 telephonic Discovery Conference.

**IT IS SO ORDERED**.

Dated:  December 16, 2021

Honorable Michael S. Berg
United States Magistrate Judge