UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>CISSY STEELE, et al.,<br><br>　　　　　　　　　Defendants. | Case No.:  20cv1818-MMA (MSB)<br><br>**ORDER SETTING TELEPHONIC DISCOVERY CONFERENCE** |

　　　On January 18, 2022, counsel for Plaintiff and Defendants Diabolic Video Productions, Inc.; Black Ice LTD; Zero Tolerance Entertainment, Inc.; and Third Degree Films (collectively, the "Video Defendants," and together with Plaintiff, the "Parties") contacted Judge Berg's chambers via joint telephone call to request an informal discovery conference to address the sufficiency of Plaintiff's responses to Video Defendants' written discovery, specifically Requests for Production 22 and 23 and Interrogatories 1, 6, and 9.  Being advised that the Parties are available, the Court **SETS** a telephonic Discovery Conference with counsel for the Parties for **January 24, 2022**, at **11:00 a.m.**  Counsel for Video Defendants is **ORDERED** to arrange the joint call to chambers at (619) 557-6632.

　　　Additionally, no later than **noon** on **January 21, 2022**, the Parties are **ORDERED** to lodge informal letter briefs of no more than two pages, outlining the remaining

discovery disputes, the party's position thereon, and any supporting authority.  The informal letter briefs are to be exchanged between the parties and submitted to Judge Berg by emailing them to efile_berg@casd.uscourts.gov.

**IT IS SO ORDERED**.

Dated:  January 18, 2022

_____
Honorable Michael S. Berg
United States Magistrate Judge