1 Whitney Z. Bernstein (State Bar No. 304917)
wbernstein@bklwlaw.com
2 Anthony R. Bisconti (State Bar No. 269230)
tbisconti@bklwlaw.com
3 Nancy J. Sandoval (State Bar No. 302531)
nsandoval@bklwlaw.com
4 **BIENERT KATZMAN**
5 **LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
6 San Clemente, California 92673
7 Telephone (949) 369-3700
Facsimile (949) 369-3701

*Attorneys for Defendants Diabolic Video Productions, Inc.; Black Ice LTD; Zero Tolerance Entertainment, Inc.; and Third Degree Films*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>CISSY STEELE, et al.,<br><br>Defendant. | Case No. 3:20-cv-01818-MMA-MSB<br><br>**STIPULATION REGARDING TELEPHONIC DISCOVERY CONFERENCE IN LIEU OF LETTER BRIEFS**<br><br>Discovery Matters Assigned to Hon. Michael S. Berg<br><br>Complaint Filed: September 15, 2020 |

**TO THE COURT, ALL PARTIES, AND THE PARTIES' RESPECTIVE COUNSEL OF RECORD:**

This stipulation is entered between (i) defendant Cissy Steele ("Steele") and (ii) defendants Diabolic Video Productions, Inc.; Black Ice LTD; Zero Tolerance Entertainment, Inc.; and Third Degree Films ("Video Defendants") (collectively, the "Parties"). The Parties, through their respective counsel, request that the Court approve the following stipulation:

## RECITALS

A. On December 22, 2021, Steele served responses to Video Defendants' Request for Production of Documents, Set One and Video Defendants' Interrogatories, Set One.

B. Video Defendants have notified Steele regarding potential deficiencies in responses to Request for Production of Documents Nos. 6, 9, and 10 and Interrogatory Nos. 4, 9-11, and 16.

C. The Parties agree that, in order to engage in meaningful meet-and-confer discussions, allow Steele an opportunity to supplement her responses if necessary, and allow Video Defendants an opportunity to review the supplemental responses and seek relief from the Court in the event Video Defendants find the responses insufficient, they need to continue the deadline to contact the Court's chambers to request a Telephonic Discovery Conference.

**BASED ON THE FOREGOING, THE PARTIES STIPULATE AND AGREE TO THE FOLLOWING:**

1) The parties will complete their meet-and-confer regarding Steele's responses to Request for Production Nos. 6, 9, and 10 and Interrogatory Nos. 4, 9-11, and 16 no later than January 28, 2022.

2) If Steele agrees to supplement her responses, she will supplement her responses by February 11, 2022.

3) In the event Video Defendants find Steele's supplemental responses are insufficient, the Parties must meet-and-confer regarding the responses, and if no resolution can be reached, contact the Court's chambers to request a Telephonic Discovery Conference no later than February 25, 2022.

DATED: January 21, 2022  **WEXFORD LAW**

By: */s/ Michael Devereux*
    Michael Devereux
    Attorney for Defendant Cissy Steele

DATED: January 21, 2022  **BIENERT KATZMAN LITTRELL WILLIAMS LLP**

By: */s/ Nancy J. Sandoval*
    Nancy J. Sandoval
    Attorney for Defendants Diabolic Video Productions, Inc.; Black Ice LTD; Zero Tolerance Entertainment, Inc.; and Third Degree Films

## SIGNATURE CERTIFICATION

"Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for each party and that I have obtained authorization from counsel for each party to affix his/her electronic signature to this document."

*/s/ Nancy J. Sandoval*
Nancy J. Sandoval