1
2
3
4
5
6
7
8
9        **UNITED STATES DISTRICT COURT**
10       **SOUTHERN DISTRICT OF CALIFORNIA**
11

| | |
|---|---|
| JANE DOE, | Case No. 3:20-cv-01818-MMA-MSB |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION REGARDING TELEPHONIC DISCOVERY CONFERENCE IN LIEU OF LETTER BRIEFS** |
| v. | |
| CISSY STEELE, et al., | |
| Defendant. | |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

On January 21, 2022, defendant Cissy Steele ("Steele") and defendants Diabolic Video Productions, Inc.; Black Ice LTD; Zero Tolerance Entertainment, Inc.; and Third Degree Films ("Video Defendants") (collectively, the "Parties") submitted a stipulation extending the time for the Parties to meet and confer regarding Steele's responses to Video Defendants' discovery requests, agreeing upon a schedule for Steele to provide Video Defendants with supplemental responses and documents, and agreeing upon a schedule for the Parties to meet and confer and contact chambers in the event any disputes remain.

Finding good cause and based on the Parties' agreement, the Court **APPROVES** and **ENTERS** the Parties' stipulation. (*See* ECF No. 89.)

**IT IS SO ORDERED.**

Dated:

_____
Honorable Michael S. Berg
United States Magistrate Judge

20-cv-01818-MMA