Whitney Z. Bernstein (State Bar No. 304917)
wbernstein@bklwlaw.com
Anthony R. Bisconti (State Bar No. 269230)
tbisconti@bklwlaw.com
Nancy J. Sandoval (State Bar No. 302531)
nsandoval@bklwlaw.com
**BIENERT KATZMAN**
**LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile (949) 369-3701

*Attorneys for Defendants Diabolic Video Productions, Inc.; Black Ice LTD; Zero Tolerance Entertainment, Inc.; and Third Degree Films*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CISSY STEELE, et al.,<br><br>　　　　Defendant. | Case No. 3:20-cv-01818-MMA-MSB<br><br>**NOTICE OF ERRATA AND CORRECTION TO STIPULATION REGARDING TELEPHONIC DISCOVERY CONFERENCE IN LIEU OF LETTER BRIEFS AND PROPOSED ORDER**<br><br>Discovery Matters Assigned to Hon. Michael S. Berg<br><br>Complaint Filed: September 15, 2020 |

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that on January 21, 2022, defendants Diabolic Video Productions, Inc.; Black Ice LTD; Zero Tolerance Entertainment, Inc.; and Third Degree Films ("Video Defendants") filed its Stipulation Regarding Telephonic Discovery in Lieu of Letter Briefs (Dkt. 89) and [Proposed] Order Granting Stipulation Regarding Telephonic Discovery Conference in Lieu of Letter Briefs (Dkt. 89-1). The filings were incorrectly titled. The corrected Stipulation and Proposed Order are attached hereto as Exhibit 1 and Exhibit 2, respectively. |

DATED: January 21, 2022

**BIENERT KATZMAN
LITTRELL WILLIAMS LLP**

By: */s/ Nancy J. Sandoval*
    Nancy J. Sandoval
    Attorney for Defendants Diabolic Video Productions, Inc.; Black Ice LTD; Zero Tolerance Entertainment, Inc.; and Third Degree Films