EXHIBIT 2

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>CISSY STEELE, et al.,<br><br>    Defendant. | Case No. 3:20-cv-01818-MMA-MSB<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING DEFENDANT CISSY STEELE'S DISCOVERY RESPONSES** |

On January 21, 2022, defendant Cissy Steele ("Steele") and defendants Diabolic Video Productions, Inc.; Black Ice LTD; Zero Tolerance Entertainment, Inc.; and Third Degree Films ("Video Defendants") (collectively, the "Parties") submitted a stipulation extending the time for the Parties to meet and confer regarding Steele's responses to Video Defendants' discovery requests, agreeing upon a schedule for Steele to provide Video Defendants with supplemental responses and documents, and agreeing upon a schedule for the Parties to meet and confer and contact chambers in the event any disputes remain.

Finding good cause and based on the Parties' agreement, the Court **APPROVES** and **ENTERS** the Parties' stipulation. (*See* ECF No. 90-1.)

**IT IS SO ORDERED.**

Dated: _____

                                        Honorable Michael S. Berg
                                        United States Magistrate Judge