UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>CISSY STEELE, et al.,<br><br>Defendants. | Case No.: 20cv1818-MMA (MSB)<br><br>**ORDER SETTING TELEPHONIC DISCOVERY CONFERENCE** |

On January 24, 2022, the Court held a telephonic Discovery Conference ("TDC") with counsel for Plaintiff and Defendants Diabolic Video Productions, Inc.; Black Ice LTD; Zero Tolerance Entertainment, Inc.; and Third Degree Films (collectively, the "Video Defendants," and together with Plaintiff, the "Parties") regarding Plaintiff's responses to Video Defendants' Requests for Production ("RFPs") 22 and 23.  Pursuant to the agreement of the parties at the conference, the Court **ORDERS** as follows:

   1.   The Court **SETS** a telephonic Discovery Conference with counsel for the Parties for **January 28, 2022**, at **3:30 p.m.**  Counsel for Video Defendants is **ORDERED** to arrange the joint call to chambers at (619) 557-6632.

   2.   No later than **January 25, 2022**, Plaintiff must lodge documents responsive to RFP 22 with Judge Berg for in-camera review of relevance by emailing them to efile_berg@casd.uscourts.gov.

3. No later than **January 28, 2022**, Plaintiff must serve on Video Defendants documents responsive to RFP 23 or a declaration stating that Plaintiff has made a diligent search and no such documents exist.

**IT IS SO ORDERED**.

Dated: January 24, 2022

Honorable Michael S. Berg
United States Magistrate Judge