PAUL J. CAMBRIA, JR., ESQ. (State Bar No. 177957)
JONATHAN W. BROWN, ESQ. (State Bar No. 223901)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202-3904
(716) 849-1333
pcambria@lglaw.com
jbrown@lglaw.com

WHITNEY Z. BERNSTEIN, ESQ. (State Bar No. 304917)
ANTHONY R. BISCONTI, ESQ. (State Bar No. 269230)
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, California 92673
(949) 369-3700
wbernstein@bklwlaw.com

Attorneys for Defendants Diabolic Video Productions, Inc.; Black Ice LTD;
Zero Tolerance Entertainment, Inc.; and Third Degree Films

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>     **Plaintiff**,<br><br>vs.<br><br>**CISSY STEELE, AKA CISSY GERALD; DIABOLIC VIDEO PRODUCTIONS, INC.; BLACK ICE LTD; ZERO TOLERANCE ENTERTAINMENT, INC.; THIRD DEGREE FILMS; ELEGANT ANGEL, INC.; KNPB MEDIA B.V.; 24-7 INTERNET, INC.; TUBEXXXONE.COM; WREAL, LLC; AV ENTERTAINMENT, INC.; ASEXBOX.COM; AND EXCALIBUR FILMS, LTD,**<br><br>     **Defendants.** | Case No.: 3:20-CV-01818-MMA-MSB<br><br>**JOINT MOTION REQUESTING SETTLEMENT CONFERENCE AND EXTENSION OF FACT DISCOVERY CUT-OFF DATE** |

Plaintiff Jane Doe ("Plaintiff") and Defendants Diabolic Video Productions, Inc., Black Ice LTD, Zero Tolerance Entertainment, Inc., Third Degree Films (collectively the "Video Defendants"), by and through their respective attorneys, jointly move to request a settlement conference pursuant to the Minute Entry dated April 21, 2022 (Dkt No. 100).

WHEREAS, a Telephone Case Management Conference was held on April 21, 2022 before the Hon. Michael S. Berg;

WHEREAS, appearing counsel indicated that all parties were interested in a settlement conference and a continuance of the completion date for fact discovery;

WHEREAS, the Court provided potential available dates for a settlement conference during the Case Management Conference;

WHEREAS, after discussing the potential dates, and the availability of the parties and their counsel, the Parties request the scheduling of the settlement conference for June 9 or 10 at 9:30 a.m. before Judge Berg;

WHEREAS, the Parties also request, in the event that the action is not resolved, that the cutoff date for the completion of fact discovery be continued to August 5, 2022.

NOW, THEREFORE, by this Joint Motion, the Parties respectfully request a settlement conference be scheduled for <u>June 9 or 10, 2022 at 9:30 a.m.</u>; and the cutoff date for the completion of fact discovery be extended to <u>August 5, 2022</u>.

Dated: April 28, 2022

                        DICELLO LEVITT GUTZLER LLC

                        By:   /s/Greg G. Gutzler
                              Greg G. Gutzler, Esq.

                        THE HABA LAW FIRM, P.A.

                        By:   /s/Lisa D. Haba
                              Lisa D. Haba, Esq.
                              Maria E. Bryant, Esq.

                        *Attorneys for Plaintiff Jane Doe*

Dated: April 28, 2022

                        LIPSITZ GREEN SCIME CAMBRIA LLP

                        By:   /s/Jonathan W. Brown
                              Paul C. Cambria, Esq.
                              Jonathan W. Brown, Esq.

                        BIENERT KATZMAN LITTRELL WILLIAMS LLP

                        By:   *Whitney Z. Bernstein*
                              Whitney Z. Bernstein, Esq.
                              Anthony R. Bisconti, Esq.

                        *Attorneys for Defendants Diabolic Video Productions, Inc., Black Ice LTD, Zero Tolerance Entertainment, Inc. and Third Degree Films*

**JOINT MOTION REQUESTING SETTLEMENT CONFERENCE**

**Signature Certification**

Pursuant to the Electronic Case Filing Administrative Policies and Procedures, I hereby certify that the content of this document is acceptable to counsel for each party and that I have obtained authorization from counsel for each part to affix his/her electronic signature to this document.

                                                  */s/Jonathan W. Brown*
                                                  Jonathan W. Brown