| | |
|---|---|
| **GOMEZ TRIAL ATTORNEYS**<br>John H. Gomez (171485)<br>*john@thegomezfirm.com*<br>Deborah S. Dixon (248965)<br>*ddixon@thegomezfirm.com*<br>655 West Broadway, Suite 1700<br>San Diego, California 92101<br>Telephone:  (619) 237-3490<br>Facsimile:   (619) 237-3496<br><br>**NATIONAL CENTER ON SEXUAL EXPLOITATION**<br>Dani Bianculli Pinter*<br>*dpinter@ncoselaw.org*<br>440 First Street, NW, Suite 840<br>Washington,  D.C. 20001<br>Telephone: (352) 266-7989 | **DICELLO LEVITT GUTZLER LLC**<br>Greg G. Gutzler*<br>*ggutzler@dicellolevitt.com*<br>444 Madison Avenue, Fourth Floor<br>New York, NY 10022<br>Telephone:  (646) 933-1000<br><br>**THE HABA LAW FIRM, P.A.**<br>Lisa D. Haba (*pro hac vice*)<br>*lisahaba@habalaw.com*<br>1220 Commerce Park Dr, Ste 207<br>Longwood, FL 32779<br>Telephone:  (844) 422-2529<br><br>**Pro Hac Vice Application pending* |

*Attorneys for Plaintiff*

*[Additional Counsel listed on signature page.]*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CISSY STEELE, AKA CISSY GERALD; DIABOLIC VIDEO PRODUCTIONS, INC.; BLACK ICE LTD.; ZERO TOLERANCE ENTERTAINMENT, INC.; THIRD DEGREE FILMS; ELEGANT ANGEL, INC.; KNPB MEDIA B.V; 24-7 INTERNET, INC; TUBEXXXONE.COM; WREAL, LLC; AV ENTERTAINMENT, INC; ASEXBOX.COM; AND EXCALIBUR FILMS, LTD.<br><br>　　　　　Defendants. | Case No.: 20-cv-01818-MMA-MSB<br><br>**JOINT MOTION TO DISMISS ALL CLAIMS OF PLAINTIFF JANE DOE AGAINST DEFENDANT CISSY STEELE, AKA CISSY GERALD**<br><br>Courtroom:　3D<br>Judge:　　　Hon. Michael M. Anello<br><br>Complaint Filed:　　September 15, 2020 |

JOINT MOTION TO DISMISS DEFENDANT CISSY STEELE, AKA CISSY GERALD

1   In accordance with Federal Rule of Civil Procedure 41(1)(a), Plaintiff Jane Doe
2 ("Plaintiff"), on the one hand, and Defendant Cissy Steele, aka Cissy Gerald
3 ("Defendant"), on the other hand, jointly request that all claims of Plaintiff against
4 Defendant be dismissed with prejudice.  Each party to this motion has agreed to bear its
5 own costs and attorneys' fees.

| | | |
|---|---|---|
| Dated:  April 28, 2022 | By: | */s/ Deborah S. Dixon* |
| | | John H. Gomez, Esq. |
| | | Deborah S. Dixon, Esq. |
| | | **GOMEZ TRIAL ATTORNEYS** |
| | | |
| | | Greg G. Gutzler* |
| | | **DICELLO LEVITT GUTZLER LLC** |
| | | |
| | | Mark A. DiCello* |
| | | Robert F. DiCello* |
| | | Justin J. Hawal* |
| | | **DICELLO LEVITT GUTZLER LLC** |
| | | |
| | | Lisa D. Haba (*pro hac vice*) |
| | | Maria E. Bryant (*pro hac vice*) |
| | | **THE HABA LAW FIRM, P.A.** |
| | | |
| | | Benjamin W. Bull* |
| | | Dani Bianculli Pinter* |
| | | Christen M. Price* |
| | | Peter Gentala* |
| | | **NATIONAL CENTER ON SEXUAL EXPLOITATION** |
| | | |
| | | *Counsel for Plaintiff Jane Doe* |
| Dated:  April 28, 2022 | By: | [signature] ID U541UwFrkBYbKVf5Doo1cK23 |
| | | Cissy Steele, aka Cissy Gerald |
| | | |
| | | *Pro Se Defendant* |

-1-
JOINT MOTION TO DISMISS DEFENDANT CISSY STEELE, AKA CISSY GERALD

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 28, 2022.

*/s/ Deborah S. Dixon*
DEBORAH S. DIXON