1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10

11   JANE DOE,                                 Case No.:  20cv1818-MMA (MSB)

12                              Plaintiff,
                                               **ORDER GRANTING JOINT MOTION
13   v.                                        REQUESTING SETTLEMENT CONFERENCE
                                               AND EXTENSION OF FACT DISCOVERY
14   CISSY STEELE, et al.,                     CUTOFF [ECF NO. 102]**

15                              Defendants.

16

17          On April 28, 2022, Plaintiff Jane Doe and Defendants Diabolic Video Productions,

18   Inc., Black Ice LTD, Zero Tolerance Entertainment, Inc., and Third Degree Films filed a

19   "Joint Motion Requesting Settlement Conference and Extension of Fact Discovery Cut-

20   Off Date" ("Joint Motion").  (ECF No. 102.)  In the Joint Motion, the parties ask the Court

21   to set a settlement conference on either June 9 or June 10, 2022, at 9:30 a.m.  (Id. at 2.)

22   They further ask the Court to continue the fact discovery cut-off to August 5, 2022.  (Id.)

23   Based on the discussions at the telephonic Case Management Conference on

24   April 21, 2002, (see ECF No. 100), and the parties' pleadings, the Court **GRANTS** the Joint

25   Motion as follows:

26          The fact discovery cut-off is **CONTINUED** to **August 5, 2022**.  A Settlement

27   Conference ("SC") will be held via **video conference** on **June 10, 2022**, at **9:30 a.m.**,

28   ///

1 | through the Court's ZoomGov account.  All discussions at the SC will be informal, off the

2 | record, privileged, and confidential.  The following rules and deadlines apply:

3 |       **1.**      **Personal Appearance of Parties Required**:  All named parties, party

4 | representatives, including claims adjusters for insured defendants, as well as the

5 | principal attorney(s) responsible for the litigation, must participate in the video

6 | conference, and be legally and factually prepared to discuss and resolve the case.

7 | Counsel appearing without their clients (whether or not counsel has been given

8 | settlement authority) will be cause for immediate imposition of sanctions and may also

9 | result in the immediate termination of the conference.

10 |       **2.**      **Full Settlement Authority Required**:  A party or party representative with

11 | full settlement authority[1] must be present at the conference.  Retained outside

12 | corporate counsel shall not appear on behalf of a corporation as the party

13 | representative who has the authority to negotiate and enter a settlement.

14 |       **3.**      **Confidential Settlement Statements Required**:  No later than **June 3, 2022**,

15 | the parties shall submit directly to Magistrate Judge Berg's chambers (via hand delivery

16 | or by e-mail to the Court at efile_berg@casd.uscourts.gov), confidential settlement

17 | statements.  The statements are limited to ten (10) pages, plus an additional ten (10)

18 | pages of exhibits.  Each party's settlement statement must outline (1) the nature of the

19 | case and the claims, (2) position on liability or defenses; (3) position regarding

20 | settlement of the case with a specific demand/offer for settlement, and (4) any previous

21 | settlement negotiations or mediation efforts.  The settlement statement must not

---

[1] "Full settlement authority" means that the individuals at the settlement conference must be authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties.  Heileman Brewing Co. v. Joseph Oat Corp., 871 F.2d 648, 653 (7th Cir. 1989). The person needs to have "unfettered discretion and authority" to change the settlement position of a party.  Pitman v. Brinker Int'l, Inc., 216 F.R.D. 481, 485–86 (D. Ariz. 2003).  The purpose of requiring a person with unlimited settlement authority to attend the conference contemplates that the person's view of the case may be altered during the face to face conference.  Id. at 486.  A limited or a sum certain of authority is not adequate.  See Nick v. Morgan's Foods, Inc., 270 F.3d 590, 595–97 (8th Cir. 2001).

20cv1818-MMA (MSB)

1 merely repeat what was contained in the Early Neutral Evaluation conference brief or

2 any earlier settlement brief.  The settlement statement must specifically identify what

3 the discovery process revealed and the effect that the evidence has on the issues in the

4 case.  To the extent specific discovery responses, portions of deposition testimony, or

5 expert reports are pertinent to the Court's evaluation of the matter, these documents

6 must be attached as exhibits.  Evidence supporting or refuting either party's claim for

7 damages must also be identified and included as an exhibit.

8       If a specific demand or offer cannot be made at the time the settlement

9 statement is submitted, then the reasons as to why a demand or offer cannot be made

10 must be stated.  Further, the party must explain when they will be prepared to state a

11 demand or offer.  General statements such as a party will "negotiate in good faith" is

12 <u>not</u> a specific demand or offer.  The settlement statement should be submitted

13 confidentially and need not be shared with other parties.

14       **4.**      The Court will use its official Zoom video conferencing account to hold the

15 SC.  **IF YOU ARE UNFAMILIAR WITH ZOOM:**  Zoom is available on computers through a

16 download on the Zoom website (https://zoom.us/meetings) or on mobile devices

17 through the installation of a free app.[2]  Joining a Zoom conference does not require

18 creating a Zoom account, but it does require downloading the .exe file (if using a

19 computer) or the app (if using a mobile device).  Participants are encouraged to create

20 an account, install Zoom, and familiarize themselves with Zoom in advance of the SC.[3]

21 There is a cost-free option for creating a Zoom account.

22       **5.**      Prior to the start of the SC, the Court will e-mail each SC participant an

23 invitation to join a Zoom video conference.  Again, if possible, participants are

24

25

26 [2]  If possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance.

27

28 [3]  For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started.

20cv1818-MMA (MSB)

1 encouraged to use laptops or desktop computers for the video conference, as mobile

2 devices often offer inferior performance.  Participants shall join the video conference by

3 following the ZoomGov Meeting hyperlink in the invitation.  **Participants who do not**

4 **have Zoom already installed on their device when they click on the ZoomGov Meeting**

5 **hyperlink will be prompted to download and install Zoom before proceeding**.  Zoom

6 may then prompt participants to enter the password included in the invitation. All

7 participants will be placed in a waiting room until the SC begins.

8      **6.**     Each participant should plan to join the Zoom video conference **at least five**

9 **minutes before** the start of the SC to ensure that the SC begins promptly at **9:30 a.m.**

10 **The Zoom e-mail invitation may indicate an earlier start time, but the ENE will begin at**

11 **the Court-scheduled time.**

12      **7.**     Zoom's functionalities will allow the Court to conduct the SC as it ordinarily

13 would conduct an in-person SC.  That is, the Court will begin the SC with all participants

14 joined together in a main session.  After an initial discussion in the main session, the

15 Court will divide participants into separate, confidential sessions, which Zoom calls

16 Breakout Rooms.[4]  In a Breakout Room, the Court will be able to communicate with

17 participants from a single party in confidence.  Breakout Rooms will also allow parties

18 and counsel to communicate confidentially without the Court.

19      **8.**     No later than **June 3, 2022**, counsel for each party shall send an e-mail to

20 the Court at efile_berg@casd.uscourts.gov containing the following:

21      a.     The **name and title of each participant**, including all parties and

22 party representatives with full settlement authority, claims adjusters for insured

23 defendants, and the primary attorney(s) responsible for the litigation;

24      b.     An **e-mail address for each participant** to receive the Zoom video

25 conference invitation; and

26

27

28

---

[4]  For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646.

4

1            c.     A **telephone number where each participant** may be reached so that

2    if technical difficulties arise, the Court will be able to proceed telephonically instead of

3    by video conference.  (If counsel prefers all participants of their party on a single

4    conference call, counsel may provide a conference number and appropriate call-in

5    information, including an access code, where all counsel and parties or party

6    representatives for that side may be reached as an alternative to providing individual

7    telephone numbers for each participant.)

8        **9.**    All participants shall display the same level of professionalism during the SC

9    and be prepared to devote their full attention to the SC as if they were attending in

10   person.  Because Zoom may quickly deplete the battery of a participant's device, each

11   participant should ensure that their device is plugged in or that a charging cable is

12   readily available during the video conference.

13       **10.**    If the parties would prefer to conduct the Settlement Conference in-person,

14   rather than via Zoom, they may file a joint motion requesting the same.

15       **IT IS SO ORDERED.**

16   Dated:  May 12, 2022

17

18                                   Honorable Michael S. Berg
                                     United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

20cv1818-MMA (MSB)