PAUL J. CAMBRIA, JR., ESQ. (State Bar No. 177957)
JONATHAN W. BROWN, ESQ. (State Bar No. 223901)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202-3904
(716) 849-1333
pcambria@lglaw.com
jbrown@lglaw.com

WHITNEY Z. BERNSTEIN, ESQ. (State Bar No. 304917)
ANTHONY R. BISCONTI, ESQ. (State Bar No. 269230)
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, California 92673
(949) 369-3700
wbernstein@bklwlaw.com

Attorneys for Defendants Diabolic Video Productions, Inc.; Black Ice LTD; Zero Tolerance Entertainment, Inc.; and Third Degree Films

*[Additional Counsel listed on second page]*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>                    Plaintiff,<br><br>vs.<br><br>CISSY STEELE, AKA CISSY GERALD; DIABOLIC VIDEO PRODUCTIONS, INC.; BLACK ICE LTD; ZERO TOLERANCE ENTERTAINMENT, INC.; THIRD DEGREE FILMS; ELEGANT ANGEL, INC.; KNPB MEDIA B.V.; 24-7 INTERNET, INC.; TUBEXXXONE.COM; WREAL, LLC; AV ENTERTAINMENT, INC.; ASEXBOX.COM; AND EXCALIBUR FILMS, LTD,<br><br>                    Defendants. | Case No.: 3:20-CV-01818-MMA-MSB<br><br>**JOINT MOTION RE: DATE FOR FILING JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |

1

**JOINT MOTION RE: SETTLEMENT AND DISMISSAL**

| | |
|---|---|
| Greg G. Gutzler, Esq., *[pro hac vice]* <br> Dicello Levitt Gutzler LLC <br> 444 Madison Avenue, Fourth Floor <br> New York, New York 10022 <br> (646) 933-1000 <br> ggutzler@dicellolevitt.com <br><br> Lisa D. Haba, Esq. *[pro hac vice]* <br> The Haba Law Firm, P.A. <br> 1220 Commerce Park Dr., Suite 207 <br> Longwood, Florida 32779 <br> (844) 422-2529 <br> lisahaba@habalaw.com | John H. Gomez, Esq., (State Bar No. 171485) <br> Deborah S. Dixon, Esq., (State Bar No. 248965) <br> Gomez Trial Attorneys <br> 655 West Broadway, Suite 1700 <br> San Diego, California 92101 <br> (619) 237-3490 <br> john@thegomezfirm.com <br> ddixon@thegomezfirm.com <br><br> Dani Bianculli Pinter, Esq., *[pro hac vice]* <br> National Center on Sexual Exploitation <br> 440 First Street, NW, Suite 840 <br> Washington, D.C. 20001 <br> (352) 266-7989 <br> dpinter@ncoselaw.org |

2

**JOINT MOTION RE: SETTLEMENT AND DISMISSAL**

Plaintiff Jane Doe ("Plaintiff") and Defendants Diabolic Video Productions, Inc., Black Ice LTD, Zero Tolerance Entertainment, Inc., Third Degree Films (collectively the "Video Defendants") (collectively herein, the "Parties"), by and through their respective attorneys, stipulate and jointly move to set the date for the Parties to file a stipulation requesting dismissal of the Video Defendants, with prejudice.

WHEREAS, the Court held a Settlement Conference on June 10, 2022 before the Hon. Michael S. Berg;

WHEREAS, the Court ordered that the Parties file a Joint Motion to Dismiss this case no later than July 25, 2022 (Dkt No. 115);

WHEREAS, after exchanging drafts and revisions, the Parties have executed a Confidential Settlement Agreement and Release on July 22, 2022 (the "Settlement Agreement");

WHEREAS, the Settlement Agreement conditions dismissal of this matter on the satisfactory completion of specified terms that are to be performed within 45 days of the date of the executed Settlement Agreement;

WHEREAS, pursuant to the above, a joint motion requesting dismissal of the Video Defendants with prejudice will be filed no later than September 6, 2022;

**JOINT MOTION RE: SETTLEMENT AND DISMISSAL**

NOW, THEREFORE, by this Joint Motion, and pursuant to the terms of the executed Settlement Agreement, the Parties respectfully request a filing deadline of September 6, 2022 for the Joint Motion for Dismissal with Prejudice.

Dated: July 25, 2022

                                              THE HABA LAW FIRM, P.A.

                                                   */s/ Lisa D. Haba*
                                       By: _____
                                                   Lisa D. Haba, Esq.

                                              *Attorneys for Plaintiff Jane Doe*

Dated: July 25, 2022

                                              LIPSITZ GREEN SCIME CAMBRIA LLP

                                                 */s/ Jonathan W. Brown*
                                       By: _____
                                                 Jonathan W. Brown, Esq.

                                              *Attorneys for Defendants Diabolic Video Productions, Inc., Black Ice LTD, Zero Tolerance Entertainment, Inc. and Third Degree Films*