UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>                  Plaintiff,<br><br>v.<br><br>CISSY STEELE, et al.,<br><br>                  Defendants. | Case No.:  20cv1818-MMA (MSB)<br><br>**ORDER GRANTING JOINT MOTION RE: DATE FOR FILING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br>**[ECF NO. 116]** |

On July 25, 2022, the parties filed a "Joint Motion Re: Date for Filing Joint Motion for Dismissal with Prejudice." (ECF No. 116.)  In their joint motion, the parties ask the Court to continue their deadline to file a joint motion to dismiss from July 25, 2022, to September 6, 2022, when the parties expect to have completed the terms of the executed settlement agreement.  (<u>Id.</u> at 3-4.)  Finding good cause for the requested continuance, the Court **GRANTS** the joint motion, and **CONTINUES** the deadline to file a joint motion to dismiss and **sua sponte CONTINUES** the Settlement Disposition Conference ("SDC") as follows:

The parties are ordered to file their joint motion to dismiss this case, signed by counsel of record and any unrepresented parties, no later than **September 6, 2022**.  A

///

///

proposed order granting the joint motion must be e-mailed to the assigned district judge's chambers[1] on the same day.

**If the fully executed joint motion to dismiss is not filed by September 6, 2022**, then **all counsel of record and unrepresented parties are required to appear in person** for a Settlement Disposition Conference.  The SDC will be held on **September 13, 2022** at **1:30 p.m.** in **Courtroom 2C** with Magistrate Judge Berg.  If the parties file their joint motion to dismiss on or before **September 6, 2022**, the SDC will be **VACATED without further court order**.

If counsel of record or any unrepresented party fails to appear at the SDC, or the parties fail to file the signed joint motion to dismiss in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED**.

Dated:  July 26, 2022

_____
Honorable Michael S. Berg
United States Magistrate Judge

---

[1] The proposed order must be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.