| | |
|---|---|
| **GOMEZ TRIAL ATTORNEYS**<br>John H. Gomez (171485)<br>*john@thegomezfirm.com*<br>Deborah S. Dixon (248965)<br>*ddixon@thegomezfirm.com*<br>655 West Broadway, Suite 1700<br>San Diego, California 92101<br>Telephone:  (619) 237-3490<br>Facsimile:   (619) 237-3496<br><br>**NATIONAL CENTER ON SEXUAL EXPLOITATION**<br>Dani Bianculli Pinter*<br>*dpinter@ncoselaw.org*<br>440 First Street, NW, Suite 840<br>Washington,  D.C. 20001<br>Telephone: (352) 266-7989<br><br>*Attorneys for Plaintiff*<br><br>*[Additional Counsel listed on signature page.]* | **DICELLO LEVITT GUTZLER LLC**<br>Greg G. Gutzler*<br>*ggutzler@dicellolevitt.com*<br>444 Madison Avenue, Fourth Floor<br>New York, NY 10022<br>Telephone:  (646) 933-1000<br><br>**THE HABA LAW FIRM, P.A.**<br>Lisa D. Haba (*pro hac vice*)<br>*lisahaba@habalaw.com*<br>1220 Commerce Park Dr, Ste 207<br>Longwood, FL 32779<br>Telephone:  (844) 422-2529<br><br>**Pro Hac Vice Application pending* |

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>       Plaintiff,<br><br>    v.<br><br>CISSY STEELE, AKA CISSY GERALD; DIABOLIC VIDEO PRODUCTIONS, INC.; BLACK ICE LTD.; ZERO TOLERANCE ENTERTAINMENT, INC.; THIRD DEGREE FILMS; ELEGANT ANGEL, INC.; KNPB MEDIA B.V; 24-7 INTERNET, INC; TUBEXXXONE.COM; WREAL, LLC; AV ENTERTAINMENT, INC; ASEXBOX.COM; AND EXCALIBUR FILMS, LTD.<br><br>       Defendants. | Case No.: 20-cv-01818-MMA-MSB<br><br>**JOINT MOTION TO DISMISS ALL CLAIMS OF PLAINTIFF AGAINST VIDEO DEFENDANTS WITH PREJUDICE**<br><br>Courtroom:   3D<br>Judge:          Hon. Michael M. Anello<br><br>Complaint Filed:     September 15, 2020 |

In accordance with Federal Rule of Civil Procedure 41(1)(a), after attending the settlement conference, Plaintiff Jane Doe ("Plaintiff"), on the one hand, and Defendants Diabolic Video Productions, Inc., Black Ice LTD, Zero Tolerance Entertainment, Inc., Third Degree Films (collectively the "Video Defendants") (together, the "Parties"), on the other hand, jointly request that all claims of Plaintiff against Video Defendants be dismissed with prejudice. Additionally, the Parties agree and stipulate that Greg Alves and Gregg Dunn had no knowledge of any alleged wrongful conduct. Each party to this motion has agreed to bear its own costs and attorneys' fees.

Dated: August 19, 2022         By:   */s/ Deborah S. Dixon*
                                     John H. Gomez, Esq.
                                     Deborah S. Dixon, Esq.
                                     **GOMEZ TRIAL ATTORNEYS**

                               By:   */s/ Greg G. Gutzler*
                                     Greg G. Gutzler, Esq.
                                     **DICELLO LEVITT GUTZLER LLC**

                               By:   */s/ Lisa D. Haba*
                                     Lisa D. Haba, Esq.
                                     **THE HABA LAW FIRM, P.A.**

                                     Benjamin W. Bull*
                                     Dani Bianculli Pinter*
                                     Christen M. Price*
                                     Peter Gentala*
                                     **NATIONAL CENTER ON SEXUAL EXPLOITATION**

                                     *Counsel for Plaintiff Jane Doe*

Dated: August19, 2022          By:   */s/ Jonathan W. Brown*
                                     Jonathan W. Brown, Esq.
                                     Paul J. Cambria, Jr.
                                     **LIPSITZ GREEN SCIME CAMBRIA, LLP**

| | By: | */s/ Whitney Z. Bernstein*<br>Whitney Z. Bernstein<br>Anthony R. Bisconti<br>**BIENERT KATZMAN LITTRELL WILLIAMS, LLP**<br><br>*Attorney for Defendants Diabolic Video Productions, Inc., Black Ice LTD, Zero Tolerance Entertainment, Inc. and Third Degree Films* |
|---|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 19, 2022.

*/s/ Deborah S. Dixon*
DEBORAH S. DIXON