1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

12

**SOUTHERN DISTRICT OF CALIFORNIA**

13

14   JANE DOE,

Plaintiff,

15
16   v.

17   CISSY STEELE, et al.,

Defendants.

18
19
20
21
22

Case No. 20-cv-1818-MMA (MSB)

**ORDER GRANTING JOINT MOTION TO DISMISS PLAINTIFF DOE'S CLAIMS AGAINST DEFENDANTS DIABOLIC VIDEO PRODUCTIONS, INC., BLACK ICE LTD, ZERO TOLERANCE ENTERTAINMENT, INC., AND THIRD DEGREE FILMS**

[Doc. No. 118]

23        On August 19, 2022, Plaintiff Jane Doe ("Plaintiff") and Defendants Diabolic

24   Video Productions, Inc., Black Ice LTD, Zero Tolerance Entertainment, Inc., and Third

25   Degree Films (collectively, "Video Defendants") filed a joint motion to dismiss

26   Plaintiff's claims against Video Defendants with prejudice pursuant to Federal Rule of

27   Civil Procedure 41.  *See* Doc. No. 118.  Upon due consideration, good cause appearing,

28   the Court **GRANTS** the parties' joint motion and **DISMISSES** Plaintiff's claims against

1

1 | Video Defendants **with prejudice**.  Each party shall bear its own attorneys' fees and

2 | costs.

3 |      **IT IS SO ORDERED**.

4 | Dated:  August 24, 2022

5

6 | HON. MICHAEL M. ANELLO

7 | United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2