# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CISSY STEELE, et al.,<br><br>　　　　　　　Defendants. | Case No. 20-cv-1818-MMA (MSB)<br><br>**SECOND AMENDED ORDER GRANTING JOINT MOTION TO DISMISS PLAINTIFF DOE'S CLAIMS AGAINST DEFENDANT STEELE, AKA CISSY GERALD**<br><br>[Doc. No. 123] |

On October 4, 2022, Plaintiff Jane Doe ("Plaintiff") and Defendant Cissy Steele, aka Cissy Gerald ("Defendant Steele"), filed a joint motion to dismiss Plaintiff's claims against Defendant Steele with prejudice pursuant to Federal Rule of Civil Procedure 41. *See* Doc. No. 123. Upon due consideration, good cause appearing, the Court amends its prior order, *see* Doc. No. 107, **GRANTS** the parties' joint motion, and **DISMISSES** Plaintiff's claims against Defendant Steele **with prejudice**.[1] Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: October 5, 2022

　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The Court notes that it has previously issued two dismissal orders regarding Defendant Steele. *See* Doc. Nos. 105, 107. Additional requests for amendment of the dismissal order regarding Defendant Steele will not be granted absent a showing of good cause.