1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

JANE DOE,

                                        Plaintiff,

v.

CISSY STEELE, et al.,

                                        Defendants.

Case No. 20-cv-1818-MMA (MSB)

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

On September 20, 2022, the Court ordered Plaintiff Jane Doe ("Plaintiff") to show cause as to why (1) her claims against Defendants KNPB Media B.V., TUBEXXXONE.com, ASEXBOX.COM, and WREAL, LLC should not be dismissed for failure to timely complete service on them pursuant to Federal Rule of Civil Procedure 4(m) and Civil Local Rule 4.1(b); and (2) her claims against Defendant 24-7 Internet, Inc. should not be dismissed for failure to timely move for default judgment pursuant to Civil Local Rule 55.1.  *See* Doc. No. 120 (the "OSC").

On September 29, 2022, Plaintiff filed a notice of voluntary dismissal as to Defendants KNPB Media B.V., TUBEXXXONE.com, ASEXBOX.COM, and WREAL,

20-cv-1818-MMA (MSB)

1  LLC.  *See* Doc. No. 122.  On October 20, 2022, Plaintiff further responded to the OSC,

2  explaining her failure to comply with Civil Local Rule 55.1.  *See* Doc. No. 125.  Good

3  cause appearing, the Court **DISCHARGES** the OSC.

4          **IT IS SO ORDERED**.

5  Dated:  November 2, 2022

6

7                                                    HON. MICHAEL M. ANELLO
                                                     United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2