**GOMEZ TRIAL ATTORNEYS**
John H. Gomez (171485)
*john@thegomezfirm.com*
Deborah S. Dixon (248965)
*ddixon@thegomezfirm.com*
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490

**NATIONAL CENTER ON SEXUAL EXPLOITATION**
Dani Bianculli Pinter (*Pro Hac Vice*)
*dpinter@ncoselaw.org*
440 First Street, NW, Suite 840
Washington, D.C. 20001
Telephone: (352) 266-7989

**DICELLO LEVITT LLC**
Greg G. Gutzler (*Pro Hac Vice pending*)
*ggutzler@dicellolevitt.com*
485 Lexington Avenue, 10th Floor
New York, New York 10017
Telephone: (646) 933-1000

**THE HABA LAW FIRM, P.A.**
Lisa D. Haba (*Pro Hac Vice*)
*lisahaba@habalaw.com*
1220 Commerce Park Dr, Ste 207
Longwood, FL 32779
Telephone: (844) 422-2529

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>CISSY STEELE, AKA CISSY GERALD; DIABOLIC VIDEO PRODUCTIONS, INC.; BLACK ICE LTD.; ZERO TOLERANCE ENTERTAINMENT, INC.; THIRD DEGREE FILMS; ELEGANT ANGEL, INC.; KNPB MEDIA B.V; 24-7 INTERNET, INC; TUBEXXXONE.COM; WREAL, LLC; AV ENTERTAINMENT, INC; ASEXBOX.COM; AND EXCALIBUR FILMS, LTD.<br><br>Defendants. | Case No.: 20-cv-01818-MMA-MSB<br><br>**RENEWED APPLICATION FOR DEFAULT JUDGMENT BY COURT AGAINST DEFENDANT 24/7 INTERNET, INC.**<br><br>Date:         May 8, 2023<br>Time:        2:30 p.m.<br>Courtroom: 3C<br>Judge:       Hon. Michael M. Anello<br><br>Complaint Filed:    September 15, 2020 |

1  **TO DEFENDANT 24-7 INTERNET, INC.:**

2  TAKE NOTICE THAT on May 8, 2023, at 2:30 p.m., or as soon thereafter as this matter may be heard by the above-entitled Court, located at 333 W. Broadway, San Diego, CA 92101, Department 3C, Plaintiff will present its renewed application for a default judgment against defendant 24-7 Internet, Inc. ("Defendant"). The clerk has previously entered the default of Defendant on July 29, 2021. The order granting the Joint Motion to Dismiss for the remaining defendants was entered on August 24, 2022. Plaintiff renews its request for a default judgment after in accordance with Rule 54(b) and Rule 55(c) of the Federal Rules of Civil Procedure, as the parties would have been jointly and severally liable and Plaintiff just settled with and dismissed the remaining defendants. At the time and place of hearing, plaintiff will present proof of the following matters:

1. Defendant is a corporation.  Defendant is not a minor or incompetent person or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940; and

2. Defendant has not appeared in this action.

3. Plaintiff is entitled to judgment against said defendant on account of the claims pleaded in the complaint, to-wit:  At all relevant times to this action, Defendant owned and operated the website Jadedvideo.com.  Dkt. No. 10, ¶ 26. Jadedvideo.com advertised four DVD's that depicted Jane Doe's sex trafficking on their website. *Id.* ¶ 86. Jane Doe notified Jadedvideo, and thus Defendant, that these videos depicted her being sex trafficked and demanded they be removed. *Id.* ¶ 87. After having actual knowledge of the nature of these videos, Defendant did not remove the videos depicting Jane Doe being sex trafficked and instead continued to profit from their sale and advertisement until at least the filing of this lawsuit. *Id.* ¶¶ 88-89.  As a result, Defendant violated 18 U.S.C. §§ 1591 and 1595 by knowingly benefitting from the advertisement and sale of four (4) DVDs depicting Jane Doe's sex trafficking. *Id.* ¶¶ 90-91.

4. The amount of judgment sought for damages is the sum of $600,000.00, which constitutes $150,000.00 damages for each video.

5. Additionally, Plaintiff seeks attorney's fees and costs in the total amount of $7,938.00, which includes attorney's fees and costs as set forth in the attached declarations of Lisa D. Haba ($6,090.00 attorney's fees and costs), Danielle Pinter ($880.00 attorney's fees), and Christen Price ($968.00 attorney's fees).

This renewed Application is based on this Notice, the memorandum of law, the attached declarations of Lisa D. Haba, Danielle Pinter, and Christen Price, and the pleadings, files and other matters that may be presented at the hearing.

Dated: March 30, 2023

By: /s/ Lisa D. Haba
Lisa D. Haba (*Pro Hac Vice*)
Maria Bryant (*Pro Hac Vice*)
**THE HABA LAW FIRM, P.A.**

Deborah S. Dixon, Esq.
John H. Gomez, Esq.
**GOMEZ TRIAL ATTORNEYS**

Greg G. Gutzler*
**DICELLO LEVITT GUTZLER LLC**

**NATIONAL CENTER ON SEXUAL EXPLOITATION**
Dani Bianculli Pinter (*Pro Hac Vice*)
Christen Price (*Pro Hac Vice*)

*\*Pro Hac Vice Application Pending*

**Counsel for Plaintiff Jane Doe**

# CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

24-7 Internet, LLC
c/o Harry Paul Marquis, Chartered
400 South Fourth Street, Third Floor
Las Vegas, NV 89101

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 30, 2023.

/s/ Lisa D. Haba