

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Doe | Civil Action No. 20-cv-1818-MMA-MSB |
| Plaintiff, | |
| V. | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court DENIES Plaintiff's Motion for Default Judgment as moot and DISMISSES Plaintiff's claims against Defendant 24-7 Internet, Inc. without prejudice.  The case is Closed.

| | |
|---|---|
| Date:  10/31/23 | CLERK OF COURT<br>JOHN MORRILL, Clerk of Court<br>By:  s/ M. Quinata |
| | M. Quinata, Deputy |

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 20cv1818-MMA-MSB

Defendants:

24-7 Internet, Inc.;
Cissy Steele, aka Cissy Gerald;
Black Ice LTD;
Zero Tolerance Entertainment, Inc.;
Third Degree Films;
Elegant Angel, Inc.;
Diabolic Video Productions, Inc.;
KNPB Media B.V.;
TUBEXXXONE.com;
WREAL, LLC;
AV Entertainment, Inc.;
ASEXBOX.COM;
Excalibur Films, Ltd.;